# MINUTE ORDER

Page 8

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 10/24/14    Time: 2:00 p.m.

Defendant: JAMES DIXON    J#: 02421-104    Case #: 14-20017-CR-WILLIAMS(S)(S)

AUSA: _____    Attorney: DAVID DONET, JR. (CJA)

Violation: CONSP/PWID CONTROLLED SUBSTANCE

Proceeding: Arraignment     CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at: PTD    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition: *Arraigned*

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trail demanded
~~Standing Discovery Order requested~~

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 14:18:47     Time in Court: 6

s/Barry L. Garber        Magistrate Judge