1                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
2                              MIAMI DIVISION
                        CASE NUMBER 14-20017-CR-KMW
3
        UNITED STATES OF AMERICA
4

5            vs.

6       JAMES DIXON

7       _____
                    SENTENCING HELD 9-15-15
8             BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
                    UNITED STATES DISTRICT COURT JUDGE

9       _____

        APPEARANCES:
10
        FOR THE UNITED STATES:     IGNACIO VAZQUEZ, A.U.S.A.
11                                 99 N.E. 4th Street
                                   Miami, FL  33132
12
        FOR DEFENDANT:             DAVID DONET, JR. ESQ.
13                                 3250 Mary Street
                                   Suite 406
14                                 Fort Lauderdale, FL 33133

15
        REPORTED BY:               PATRICIA SANDERS, RPR
16                                 *United States Court Reporter*
                                   400 North Miami Avenue, Suite 11-3
17                                 Miami, FL  33128
                                   T: 305.523.5528
18                                 patricia_sanders@flsd.uscourts.gov.

19

20

21

22

23

24

25

```
 1              THE COURT:  Please be seated everyone.

 2              THE COURTROOM DEPUTY:  This Court calls Case No.

 3   SR-RZ-CR-WMS, United States versus James Dixon.

 4              Counsel, please state your appearances.

 5              MR. VAZQUEZ: Good afternoon, Your Honor, Ignacio

 6   Vazquez on behalf of the United States.

 7              THE COURT:  Good afternoon, Mr. Vazquez.

 8              MR. DONET: Good afternoon, Your Honor David Donet, Jr.

 9   on behalf of Mr. Dixon who is present before the Court.

10              THE COURT:  Good afternoon, Mr. Donet; good afternoon,

11   Mr. Dixon.

12              THE DEFENDANT:  Good afternoon, Your Honor.

13              THE COURT:  Good afternoon, Mr. Dixon.

14              All right. We are here today for sentencing for Mr.

15   Dixon.  I have received your objections, Mr. Donet, and the

16   Government has responded.

17              So, let me start with the question, which is perhaps

18   obvious, and that is have you had the opportunity to review the

19   PSI and the addendum with your client?

20              MR. DONET: Yes, Your Honor.

21              THE COURT:  All right.  And I'm sorry; if I could have

22   appearances by Probation.

23              PROBATION OFFICER:  Good afternoon, Your Honor,

24   Meredith Martinez on behalf of Probation.

25              THE COURT:  Good afternoon, Ms. Martinez.
```

1          Mr. Donet, I may have overlooked this, but do you have

2     any factual corrections or edits to the PSI other than the

3     discussion as to quantity and the applicable guideline

4     calculations?

5          MR. DONET: No, Your Honor; not to the facts.

6          THE COURT:  All right. Let's start with the guidelines

7     if we could. The Government is proposing that the appropriate

8     base offense level for the quantity is a level 32; is that

9     correct?

10         MR. VAZQUEZ: Yes, Your Honor.

11         THE COURT:  And, Mr. Donet, I believe that was your

12    assessment as well?

13         MR. DONET: No, Your Honor. My assessment was the

14    appropriate quantity should be -- put us at a level 30, which

15    would be 280 to 840 grams. And in my objections I spelled out

16    why I believed Mr. Dixon should only be held accountable for

17    approximately 485 grams

18         THE COURT:  All right. On page two of your objection,

19    paragraph five --

20         MR. DONET: I apologize, Your Honor, that is a typo.

21    It who be base offense level 30 because the weight is 280 grams

22    but less than 840 grams. I was looking at an older guideline

23    book.

24         THE COURT:  Let me find my book.  I think it is a 32;

25    I could be wrong.

 1              MR. VAZQUEZ: If it is below 800 grams it is an offense

 2     level 30; if it is in excess it is 32.

 3              MR. DONET: I believe the mistake I made is that I was

 4     looking at a 2013 -- yes, 280 grams to 840 grams should be a

 5     base offense level 30.

 6              THE COURT:  All right. We do have an issue then. So,

 7     Mr. Vazquez, you are of the opinion that the appropriate amount

 8     is a level two, at least 840?.

 9              MR. VAZQUEZ:  Correct.

10              THE COURT:  Tell me why.

11              MR. VAZQUEZ: There is a mathematical difference

12     between how Mr. Donet believes the total gram quantity was

13     reached, which is different from how the Government alleges the

14     gram quantity was reached; and we allege that in our response

15     to Mr. Donet's objection.

16              The Government believes the total gram quantity is

17     more than what we have alleged, but we only allege it from

18     January 2013 through June.

19              What Mr. Donet does in his analysis is he attempts to

20     extrapolate through the entire life of the conspiracy back to

21     2011. I think that is how mathematically he gets underneath the

22     840.

23              THE COURT:  I've got it.

24              MR. VAZQUEZ: It is much more significant where we are

25     measuring it from 2013 because it is a smaller period of time.

1    The reason why we are limited to January 2013 -- that is as far

2    back as our testimony on calculous goes; prior to that we have

3    testimony they were selling crack.

4           "Well how much?"

5           "I was not there".

6           What we know from the testimony is from January 2013

7    through the conclusion of the conspiracy -- we are confident

8    that the trial testimony established through the 27 months that

9    Mr. Dixon was a part of the drug conspiracy, it was in excess

10   of 840 grams.

11          Your Honor, that is based on the testimony and based

12   on the calculations that were provided to the trial jury and

13   the Court. So that is where we get our number.

14          THE COURT:  Remind me, again, how Mr. Dixon came into

15   the conspiracy?

16          MR. VAZQUEZ: Your Honor, the exact nature of how Mr.

17   Donet came in, I don't have a firm grasp. I know he arrived

18   late October to November. Mr. Dixon was never debriefed so I

19   don't have that precisely grasped.

20          He came on the scene sometime in late October, and we

21   are going from November to June. He had just became an active

22   drug dealer.

23          The trial testimony was that Mr. Dixon was around when

24   violent crimes were happening; not that he was an active

25   participant.  We quoted this in our response to Mr. Donet.

 1    I don't believe Mr. Donet and I have a disagreement on that.

 2    But the reasoning for this is that he is an active participant

 3    who had knowledge of the violent nature of the conspiracy.  He

 4    watched it, he saw it happening.

 5            That is the testimony from an affected citizen that

 6    testified in court. And because of that he was on notice; it

 7    was foreseeable to him.

 8            So we would ask that the Court acknowledge the jury's

 9    finding and confirm that his drug quantity participation was

10    over 840 grams.

11            THE COURT:  Mr. Donet.

12            MR. DONET: I would ask that Your Honor follow the

13    jury's finding it was over 280; that is what the jury found

14    beyond a reasonable doubt.  Anything other than that is mere

15    speculation as to the amount of crack that was sold.

16            Your Honor, the Government put on Nadim Guzman and

17    Dayaan Zerquera, two witnesses whose testimony was conflicted

18    as to -- with each other as to amounts that were sold. They

19    were both impeached immediately.

20            Guzman admitted that he had lied to the jury with

21    regard to his testimony, as to whether he continued to sell

22    drugs after he was jumped out of the gang, for lack of a better

23    word, in November of 2013. So, it is really just guesswork.

24            Mr. Zerquera testified as to the amount he believed

25    was being sold; or they had on hand. That also included

1    personal use that each of these individuals partook of. So

2    since we don't know what the amount is -- it is our position

3    that what we do know is the jury found it was more than 280,

4    and so we feel that his base offense level should reflect that.

5         We believe that the testimony of Dayaan Zerquera and

6    Nadim Guzman is too unreliable for the Court to base that

7    calculation as to the amount of crack he should be held

8    accountable for.

9         He arrives late October 2013, but it is not like he

10   got there and the next day he is a member of this organization.

11   The testimony from the Government -- that the Government

12   elicited is it took time to build the trust; and the new guys

13   were at the bottom of the totem pole and they had to make way

14   for the older guys to sell first.

15        That is all testimony Your Honor heard as to the base

16   offense level.  It is our position that Your Honor should begin

17   the calculation at a base offense level 30.

18        THE COURT:  I'm going to deny the defendant's request

19   to adjust the offense level computation to a 30. I believe the

20   testimony while it may have been inconsistent, was accepted by

21   the jury.

22        And that while both Mr. Zerquera and Mr. Guzman gave

23   approximations, they did give an over-view as to the aggregate

24   sales of the conspiracy.  And that is what Mr. Dixon was

25   convicted of, despite his defense that he was an individualized

1    dealer and not an active BMT member. So, I will deny the

2    defendant's request and find it is a level 32 and ask that

3    Probation make that edit as to the computation.

4         Now, we also have the matter of role.  I went back to

5    the list, and I understand the list is not as hierarchal or as

6    absolute as one might think.

7         But Mr. Dixon is at the lower level of the list, and

8    so I wondered what his activity was in relation to say a Mr.

9    Ramirez or Mr. Castro, who actually was listed below him.

10        Certainly Mr. Mendoza thought he was a busy guy. His

11   testimony is I think germane to the question.

12        But, Mr. Vazquez, it doesn't seem that Mr. Dixon was

13   -- while he was certainly a thorn in Mr. Mendoza's side, he was

14   not like a Mr. Diaz.

15        As you note, he was not involved in the robberies, he

16   was not involved in the prostitution. That's why I asked, how

17   did he come to be here? He was not a family member.

18        So, where in the scheme of things was Mr. Dixon?  What

19   was his overall participation.

20        MR. VAZQUEZ: When I spoke with Mr. Donet about this --

21   and I have thought about Mr. Dixon a good bit -- Mr. Dixon

22   strikes me as comparable to Nadim Guzman.

23        If I was going to compare him to another defendant,

24   Your Honor, Nadim Guzman was a serial drug dealer enabled by

25   the violent protection of BMT.  It had an atmosphere where

1       someone could make money selling drugs. Mr. Dixon through some

2       kind of social connection found this was a comfortable

3       environment with them, and he hung out with them knowing they

4       were violent.  And so had the benefit of their reputation and

5       sold drugs as a part of his association with them; very much

6       like Nadim Guzman.

7              Nadim Guzman sold drugs constantly; he admitted to

8       that.  However, he was non violent.  And when he was sentenced

9       we did not ask for minor role.

10             We said that he was participating in the crux of the

11      conspiracies for which -- the purpose of which is making money

12      through drug sales.

13             Everything else these individuals did however violent

14      and repulsive was surrounded by illicit profit making.  And the

15      principal way of doing that was through drug sales.

16             Mr. Dixon was in the heart of that.  In the words of

17      Jose Mendoza, he was a stubborn drug dealer.  If he was the

18      stubborn drug dealer, whom the victim saw all of the time in

19      this drug conspiracy, our argument is he cannot be a minor

20      participant.

21             But I think from our perspective people like Mr.

22      Flores, who was acquitted by the jury, Mr. Kevin Diaz who we

23      thought of as a minor role member -- Steven Castro we thought

24      had a lesser role than Mr. Dixon because he was brought in by

25      Altamirano for a window of time.

```
 1              So, the difference between Mr. Castro and Mr. Dixon is

 2    that Mr. Castro was going to do an armed robbery, and helped

 3    participate in an armed robbery of a gambling house. That was

 4    on a recording.  So when the Government spoke with his counsel

 5    we said we are not going to waive the minimum mandatory.

 6              THE COURT:  And he helped -- that awful recording --

 7    where he said, go get the gun?

 8              MR. VAZQUEZ: Right. And each of these defendants we

 9    try our best to individually assess them; as I know the Court

10    has done every single time as well.

11              But there are things that are aggravating about Steven

12    Castro that this defendant did not do. And the worst thing he

13    did with the robberies is he gets on a phone call with Mr.

14    Altamirano and tells Mr. Altamirano to choose, choose between

15    robbing in a particular location, or sell narcotics.

16              He said, you can't do both, that is foolish, you are

17    going to get in trouble.

18              Which is one of the reasons Altamirano deserves much

19    more of a consequence than Mr. Dixon.  Altamirano tells Mr.

20    Dixon, no, when I get out I'm going to hustle, sell narcotics,

21    and do licks again.

22              And Mr. Dixon is like, this is insane, don't do that,

23    you have to choose. So Mr. Dixon was on notice of the violent

24    nature of the conspiracy; as reflected by the jail call. And he

25    continued to associate with these people and sold drugs.
```

1           That is the limit of what he did. But given that we

2    don't think he should receive a minor role.

3           THE COURT:  Mr. Donet.

4           MR. DONET: I think the Government places too much

5    emphasis on Mr. Mendoza's testimony, but when you look at Mr.

6    Mendoza's testimony he said Mr. Dixon came around in March of

7    2014.

8           So, while Mr. Mendoza believes he saw Mr. Dixon very

9    often, he didn't know what quantities he was selling, he just

10   saw him there on an everyday basis and making lots of sales.

11          Mr. Mendoza was very clear, he did not see Mr. Dixon

12   across the street at the 428 house until March of 2014.

13          THE COURT:  As I recall, he said a time came when it

14   was just intolerable to be in the neighborhood.

15          MR. DONET:  Your Honor, that was as to everybody out

16   there not necessarily Mr. Dixon.

17          THE COURT:  I understand.  But I think it gives me

18   context for the other testimony and evidence.

19          MR. DONET:  Your Honor, it has been the Government's

20   position since day one that those who were members of this

21   particular conspiracy were out beating up people, robbing

22   people, robbing Poncho's; that members attacked Nadim Guzman;

23   whom they thought had snitched on them.

24          They are beating up and scaring other people in the

25   neighborhood.  Your Honor, none of these acts were committed by

Mr. Dixon.  There was no testimony that he was a source of
supply of their organization; all he was, was a seller.

When I asked Mr. Mendoza -- who talked about the
robberies, how people could not walk by -- I asked him, you
never saw Mr. Dixon do any of these things or harass anyone?

He said, no; but when one would do it they would all
be there. That was just a general statement.  You can't say Mr.
Dixon was involved in any of that activity. He doesn't even
know if Mr. Dixon was there on the days things like that
occurred.

He was not engaged, as the Government said, in the
prostitution or any of those allegations. He is very similar to
Christian Ramirez; who all he did was just sell some crack.

Mr. Dixon was 19 years old at the time he comes in.
He is not a member of the family like the organizing founders
of BMT, which are cousins and second cousins.  He only came
around starting the end of 2013.

He is the epitome of a minor role player. There is
nobody lower than him. He is just like Christian Ramirez.
Christian Ramirez was selling crack on the day that Dayaan
Zerquera was found with a firearm.

The two of them were out there selling crack. No
different than Mr. Dixon.  The only reason we think Mr. Dixon
is some vociferous seller is because of Mr. Mendoza.  If you
look at the surveillance -- look at all the controlled buys --

1    it just does not bear that out.

2              THE COURT:  I don't believe Mr. Ramirez got a minor

3    role.

4              MR. VAZQUEZ: He did not, Your Honor.

5              MR. DONET:  Mr. Dixon deserves it; he was even lesser

6    than Mr. Ramirez.

7              THE COURT:  Okay.

8              MR. DONET: Mr. Ramirez was on many more of the

9    recordings of the controlled buys. Mr. Dixon is on -- he only

10   sells one time.  The one time he sells he does not have a large

11   amount of crack, he only has a few crack rocks.

12             And Your Honor saw the video; he has to try to find

13   Miguel Rodriguez even for that. He eventually finds Rodriguez;

14   he gives him the other 2 or 3 rocks to do the six rocks or two

15   tenths of a gram sale to the undercover.

16             On two other occasions when Mr. Dixon is on the video,

17   one time he is standing there and the undercover walks up to

18   him -- or walks by him -- and Mr. Dixon doesn't offer to sell

19   him any drugs; asks him for a cigarette.

20             The third recording is where Mr. Dixon does attempt to

21   make a sale to the undercover, and the undercover says, no, I

22   have already talked to Tiny or Chacon; I forget how he referred

23   to Mr. Chacon.

24             That snapshot shows that Mr. Dixon is a minor player.

25   He did not have the seniority to even make the sale to the

1    undercover on that occasion. He is a minor player. He was not a

2    supplier of guns; he was not a supplier of drugs.  He did not

3    use one of his cell phones to promote the business or take

4    orders.

5          On the jail calls if you listen to him closely he does

6    not talk about selling, he tells Mr. Altamirano not to commit

7    robberies.  He is not counseling anybody, he is merely someone

8    that is there, a 19 year old homeless kid, hanging out with

9    these guys.

10         Officer Veloz walks up to Mr. Dixon, asks him for

11   some rocks; I believe Mr. Dixon gave him 2 or 3 little rocks.

12   Officer Veloz gave him I think $60.

13         Mr. Dixon did not have the change so he said he would

14   go find some more rocks, and goes around the corner for about 6

15   or 7 minutes, comes back, does not have anything.

16         At that point Mr. Rodriguez comes into the camera and

17   Mr. Dixon has to purchase or barter with Mr. Rodriguez to get

18   the additional three rocks to make the six rock sale to officer

19   Veloz, which amounted to less than one half of one gram of

20   crack.

21         If Mr. Dixon was that prolific seller he would have

22   had the cash in his pocket to give change back or would have

23   had other rocks -- or would have had access to the stash.  He

24   did not because he was a minor role player. As you heard in the

25   testimony, seniority was everything, and the new guys were at

1    the bottom of the totem pole.  Of the 21, 22 defendants in this

2    conspiracy it is my belief that -- Mr. Vazquez can correct me

3    -- Mr. Dixon was the one involved the least amount of time. He

4    just showed up on the scene.

5            THE COURT:  That brings me to my second point. You

6    tell me Mr. Dixon is a young homeless guy. I have to say,

7    there's not a lot here -- I mean, where did Mr. Dixon come

8    from?

9            The PSI says that he was living with Jesenia Padilla

10   from 2013 to 2014 when he got arrested. Who are his parents?

11   He has quite a few siblings.

12           MR. DONET: He has parents; he has 20 siblings. Despite

13   such a large immediate family, the absence of anyone other than

14   his girlfriend Ariana Jackson and his mom who is here today,

15   kind of shows the lack of support he was experiencing at that

16   particular time.

17           Mr. Dixon was living with Ms. Padilla and hanging out

18   with the BMT -- the other gentlemen in this conspiracy. He came

19   to them through Angel Martinez who was a junior high friend.

20           That is the big mystery of how Dixon gets there, he is

21   friends with Mr. Martinez.  He begins to hang out with them and

22   eventually because of extended narcotics use that Mr. Dixon has

23   had -- he began using narcotics at twelve years old -- turned

24   to selling, using and eventually selling to feed his own habit.

25           THE COURT:  All right.

1          MR. DONET: It is important to note he had no car, he

2    had no phone. He is at the bottom of this specter, of this

3    totem pole.  He has no social media accounts, which this

4    organization used to promote their drug sales, as well as to

5    promote their robberies.

6          THE COURT:  He was not a part of the Allapattah crew?

7          MR. DONET: That's correct from August of 2012 until

8    May of 2013, Mr. Dixon was in jail. He was arrested at 16, went

9    into Boot Camp, completed that program and the aftercare part

10   he violated and then was sentenced to 364.

11         THE COURT:  So at age 16 he went to jail, he came out,

12   he lived at the NW 24th Court address and he divided his time

13   between the abandoned houses where these folks were all hanging

14   out and NW 24th Court?

15         MR. DONET: Correct, from August 2012 until May 2013 he

16   is in Dade County Jail for violating Boot Camp and then in May

17   of 2013 when he gets out he is living with family or his

18   girlfriend and eventually starts hanging out in these houses

19   later on in 2013 and late October, November.

20         THE COURT:  All right. Anything else?

21         MR. DONET: With regard to minor role -- I would point

22   out that Mr. Vazquez says Mr. Dixon is like Mr. Guzman; there

23   is no way that is accurate. Mr. Guzman used his phone -- he

24   bragged on social media he was a drug dealer, sold different

25   types of drugs.

1          His testimony in trial was he stopped using social

2    media to sell drugs after the November 2013 robbery.  He was

3    impeached with that when Mr. Gonzalez showed him his Facebook

4    pages. So Mr. Guzman was a prolific drug dealer, was involved

5    in the music industry and used his connection to sell drugs.

6          Mr. Dixon is a punk on a street corner selling little

7    rocks at a time when he is allowed to sell because he has no

8    seniority to step in front of anyone else to sell.

9          MR. VAZQUEZ: If I may, Your Honor.

10          THE COURT:  Yes.

11          MR. VAZQUEZ: The economic circumstances of Mr. Dixon

12    has no relationship to his role in this conspiracy. Nadim

13    Guzman came in and his attorney said very similar things; he

14    had unfortunate economic circumstances.

15          I am sure most of these defendants have had very

16    unfortunate economic circumstance, as did Mr. Dixon.  But their

17    role as drug retailers, they are the folks -- to make a

18    comparison to a legitimate business-- who check you out at

19    Publix who take your money and then you leave.

20          That is what Nadim Guzman did; he collected people's

21    money and gave them drugs.  That is what this defendant did.

22    He was not a leader, he wasn't a look-out.

23          He was not Kevin Diaz, he was not the person whose job

24    was to ride around on a bike and report.  He handled drugs and

25    was on video making crack change for the undercover.

1          The reason that is relevant is because by diversifying

2     the role in the conspiracy, who handles the money, who handles

3     the bomb on given days, the conspiracy is less likely to lose

4     money.

5          And Mr. Dixon was standing post, he was standing at

6     the 428 building, a location that was notorious, and that was

7     the day after he had already been posted at the abandoned

8     apartment where he was seen by a confidential informant who was

9     wearing a camera.

10         He was seen by the confidential informant.  His

11    presence there corroborates Mr. Mendoza's account, corroborates

12    Nadim Guzman's account, corroborates Dayaan Zerquera's account

13    that this defendant was a part of the conspiracy as a retailer,

14    a very stubbornly active retail member of the conspiracy.

15         All of these things Mr. Donet has raised are relevant

16    as to the 3553 factors, but they do not make him a minor member

17    of this conspiracy.

18         THE COURT:  All right. I am going to deny the

19    defendant's request for a minor role.

20         I think Mr. Donet makes some compelling arguments, but

21    I agree with Mr. Vazquez that they are more appropriately

22    addressed in a 3553 context.

23         And I think based on the trial testimony and the

24    record which we have here I cannot award him a minor role under

25    the guidelines; so I will not.

1        I don't believe there are any other adjustments; is

2   that correct, Mr. Donet?

3        MR. DONET: That is correct, Your Honor, I did not make

4   any other written objections. However, in speaking with Mr.

5   Dixon this morning, he wanted me to ask Your Honor to preserve

6   his objection to the two level enhancement for the dangerous

7   weapon by the conspiracy.

8        THE COURT:  I understand.  I will acknowledge that

9   that objection has been made by Mr. Dixon, as I did with his

10  codefendants, and I will deny his request that that be taken

11  out. But that is preserved for Mr. Dixon for any review of the

12  record that he may choose to pursue.

13       With that, we have a base offense level two, with the

14  weapon enhancement which we just discussed, that brings us to a

15  total offense level 34, criminal history Category 2; which I

16  believe brings us to an advisory guideline range of 168 to 210

17  months.

18       PROBATION OFFICER:  That's correct, Your Honor.

19       THE COURT:  All right.  Let's talk about 3553, Mr.

20  Donet. You have given me information in a nutshell, and you are

21  free to expound on it. But owing to the limited exposure, as it

22  were, Mr. Dixon had in the BMT universe in terms of time, the

23  fact he was not engaged in any of the violence affiliated with

24  these people, he was only found selling to the undercover once,

25  all of these things suggest that in my analysis of the nature

```
 1    and circumstances of the offense, I should consider a variance

 2    for Mr. Dixon.  Is that basically it in a nutshell?

 3              MR. DONET: Yes. Without going into -- going on for too

 4    long, I wanted to highlight a few things.

 5              THE COURT:  Of course.

 6              MR. DONET: Mr. Dixon is 21 years old.  He was 19 years

 7    old at the time he joined the conspiracy. In November he turned

 8    20, a few months after, in January 2014.

 9              He is a young man who since the age of 12 has been

10    involved with narcotics use, which obviously led to some poor

11    decisions.  It led to him to use drugs and eventually to the

12    selling of these drugs.

13              THE COURT:  I know it is kind of like the elephant in

14    the room, and I know you probably don't want to go into it, but

15    when he was in the Boot Camp program was not Mr. Dixon given an

16    opportunity in terms of drug treatment or drug counseling?

17              MR. DONET: Your Honor, in the Boot Camp Program there

18    is a component which is -- drug counseling I would got call it.

19    I don't know if you could call it treatment.  I don't know how

20    aggressive or comprehensive it is,  but there is a drug

21    component to it.

22              Considering he was 17 or 18 at the time -- he went

23    into the Boot Camp Program earlier, completed the first phase

24    of it, was stepped down to community control, and then violated

25    his community control -- I believe he tested positive.
```

```
 1              THE COURT:  Which kind of goes to your argument.
 2              MR. DONET: Yes, Judge.  He went back in and was given
 3     a sentence of 364 days.  With the credit he had and his good
 4     time he served about months ten at the jail. There, there is no
 5     drug treatment or program in the Dade County Jail system.
 6              He gets out, can't find a job, is hanging out, finds
 7     Angel Martinez who recruits him, and he starts to hang out
 8     around there. He starts using drugs, he needs money and so he
 9     starts selling some of the drugs he buys.
10              I just don't believe he is as prolific a drug seller
11     as Mr. Mendoza made him out to be. I think if that was the case
12     we would have seen him many more times on the undercover
13     videos.
14              Not necessarily being the one selling, but we don't
15     even seen him in the area.  We see a lot of other people over
16     and over again, other defendants. If he was there all the time
17     we should see him all the time on these videos; we don't. So I
18     think that talks about -- or shows how he is not as prolific as
19     was testified to.
20              When you look at the other sentences, the disparity in
21     sentences, that is a consideration I think that really merits
22     Mr. Dixon receiving 120 months, which is what we are asking
23     for.
24              THE COURT:  Remember, Mr. Donet, the disparate nature
25     of the sentences had to do with three points for acceptance of
```

1     responsibility. Even that made the difference, that and earlier

2     negotiations, where the min-man was from a 28 gram threshold to

3     a 280 gram threshold.

4         MR. DONET: Absolutely.  And we had many discussions

5     prior to trial about that.  And had Mr. Dixon accepted one of

6     the Government's offers, a most probable sentence would have

7     been approximately 97 months.

8         That would have included three points off for the

9     acceptance.  He did not get that acceptance, and that lack of

10     acceptance is costing him an additional two years in prison.

11     I would ask Your Honor to take that into consideration.

12         When you look at Angel Martinez's sentence someone

13     who did not cooperate --

14         THE COURT:  Well, he may get a chance to get another

15     sentence if he is successful.  Who knows Mr. Martinez might get

16     exactly what he wishes for.

17         MR. DONET: For his sake I hope not. But, Your Honor,

18     Mr. Martinez was a founding member of BMT, he is cousins with

19     Chacon and the others. He was in this organization from the

20     beginning; forget about the past seven months.

21         THE COURT:  Right.

22         THE COURT: He shot at somebody -- you heard the trial

23     testimony -- he shot at someone to kill and went back and

24     apologized. If an individual like that gets nine years, even

25     with his acceptance --

```
1              THE COURT:  I know; I know.
2              MR. DONET: Look at Miguel Rodriguez; Miguel Rodriguez
3    is an individual the Government says is not a leader, but
4    clearly in the videos we saw during the trial he is someone
5    that has a lot more seniority and authority over -- than Mr.
6    Dixon.
7              He jumped Nadim Guzman -- I don't remember who was
8    involved -- but there are the two attacks on Nadim Guzman that
9    Mr. Rodriguez was involved in.
10             And he got ten years.
11             THE COURT:  I have them all charted out, but here's
12   the thing -- I absolutely understand your argument, and the
13   heart of your argument is something I agree wholeheartedly
14   with, that is nobody should be penalized for going to trial.
15             I am now in a different posture with Mr. Dixon than I
16   was with other persons who had no criminal history, who may
17   have cooperated, who negotiated deals.
18             There are all of these factors which may to the
19   outside world suggest some randomness and lead to somehow
20   disparate sentences, but it is not quite so vassal.
21             The question is now that Mr. Dixon is in the posture
22   that he is in what is appropriate for him?
23             So tell me, what about his life has changed, what can
24   I look to in making that decision?
25             MR. DONET: Your Honor, he has his girlfriend Verena
```

```
 1    Jackson who is present before the Court; he has his mom -- his
 2    mom goes to dialysis several times a week; that is one of the
 3    reasons she was not able to attend all the trial days.
 4         He is a man that had a very hard life.  It is not an
 5    excuse, but it is a reason for why he ended up where he did.
 6         His not accepting an offer has cost him -- going by
 7    the guidelines -- some six years or 70 something months. And it
 8    just does not seem fair.
 9         THE COURT:  He did acknowledge the sale, so I think
10    there is at least a partial acceptance.
11         MR. DONET: He never said he didn't sell narcotics; he
12    just said that he was not a part of the conspiracy. I don't
13    necessarily know that he did not accept responsibility.
14         He has a two year old daughter, Your Honor. If he has
15    a ten-year prison sentence, which is more than enough to deter
16    him and deter others and promote respect for the law.
17         You are talking about a few hundred dollars worth of
18    crack, maybe a thousand dollars worth of crack, he sold over
19    seven months.  To get a sentence of anything more than ten
20    years just doesn't seem fair.
21         Given everything you know about him, given what Your
22    Honor knows about this case and where he lands in this
23    spectrum -- I know I harp on Angel Martinez, but when you hear
24    the testimony, how he tried to kill somebody, and that somehow
25    Mr. Dixon would get a more severe sentence by virtue of his
```

1    somewhat accepting responsibility and going to trial on the

2    issue of whether he was a part of the conspiracy or not -- even

3    on the 404 B issue, even there he was accepting responsibility

4    with the possession of cocaine.

5           It's always been whether he is -- the factual question

6    whether he was a member of this conspiracy or not.

7           THE COURT:  All right.

8           MR. DONET: And, Your Honor, I believe Mr. Dixon wanted

9    to add something.

10          THE COURT:  Certainly.  Let me talk to Mr. Vazquez

11   first, and then I will hear from Mr. Dixon.

12          MR. VAZQUEZ: I think Mr. Donet's reference -- I agree

13   with the analysis that there is this spectrum of culpability,

14   and I think that is the way the sentences should be applied.

15          Mr. Donet has brought up Mr. Ramirez, Mr. Christian

16   Ramirez and Mr. Martinez.  I think those are important people

17   to consider when you look at this defendant individually.

18          As Your Honor knows, Mr. Martinez attempted to give us

19   a safety valve statement. And although we were able to prevent

20   Mr. Martinez from getting safety valve because he shot at

21   someone, there is something to be said for someone who makes

22   the effort, who puts himself on the line.

23          Mr. Donet brought up Mr. Ramirez; I think that is a

24   good person for the Court to look at. Mr. Ramirez -- when we

25   sat here at the sentencing and he was arguing for variance, we

1      said this person has been charged with an attempted murder, he

2      went to prison, he is a serious criminal based on what he has

3      done.   Mr. Dixon, I think has the second worse or maybe the

4      worst prior criminal events of the BMT defendants.

5             We attempted to 404 B this, and the Court did not

6      allow us to introduce it -- Mr. Dixon was involved in a group

7      sexual battery where Mr. Dixon and two other men forced a young

8      girl into a home and raped her.

9             That is who is sitting here. Mr. Dixon was given Boot

10     Camp, and Mr. Dixon tested positive. And Mr. Dixon was told to

11     report to a -- he was violated for that.  And Mr. Dixon was

12     told to report to a location and violated that term.

13            So the State of Florida gave him a chance and he gets

14     out of custody on an extremely serious crime and he goes and he

15     participates in a criminal conspiracy of this nature.

16            When you are a sexual offender you have to register,

17     and you are hanging around a group of people who are running

18     girls, who are boasting on jail calls, put them on the list?

19            That is the person he was counseling about robbery

20     practices, Christopher Altamirano.

21            When you go from one vile form of group criminal

22     conduct and jump to another group -- where you have gone from

23     a three man team to a 20 man team -- you have learned nothing,

24     you are dangerous.

25            Mr. Dixon has that mark on his record that I don't

1    believe any other defendant has. Mr. Salas, who accepted

2    responsibility, was involved in prostitution activity.  But

3    something like this in a group manner on a minor, although he

4    was also a minor and that goes into the calculous, but that is

5    horrible conduct.

6           Mr. Dixon comes from a bad home, I understand that,

7    but that also speaks to his knowledge of what he was doing.

8    In the PSI it says his father was involved in drug trafficking.

9    So while it is a mitigating factor it is also an aggravating

10   factor because he understands the consequences.

11          He has criminal history; it is not the worst criminal

12   history of the group but it is significant. Mr. Dixon has

13   already received -- this was of course the Government's

14   decision -- the Government withheld filing an 851 against him.

15   We thought about it and we did not; although he is 851

16   eligible.

17          He has probation violations, Your Honor.  He did not

18   attempt to provide a safety valve statement, he did not accept

19   responsibility.  He did not plead guilty to one count and then

20   go to trial on the other; that is something he could have done.

21          He put the Government to the test. It is one thing to

22   say one thing in opening statement; it is another thing to say

23   we are going to trial on the conspiracy count, we have pled

24   guilty to this other count.

25          Maybe that's a distinction without a difference, but

1    for me strategy-wise we had to bring the experts in.  They all

2    got together -- as is their right -- I do not hold it against

3    him; it is his Constitutional right, and it is the Government's

4    burden.

5         But he did not say for Mr. Dixon's cocaine, don't

6    bring the expert because we are not contesting that. He made

7    the expert come, as is his right, and the expert came in to

8    testify. So to say we accepted responsibility is not accurate.

9         Where you relieve the strain from the Government in

10   calling these witnesses and from having the victims come in,

11   who would not have to come in, and face this gang -- these gang

12   members; that was not done.

13        So while you are not penalized when you go to trial,

14   you give up that discount and you have to pay full price as it

15   were. That is what Mr. Dixon asked for, and that is what Mr.

16   Dixon received.

17        For all of those reasons, Your Honor, the Government

18   believes 180 months is appropriate, and would ask that you

19   sentence the defendant to 180 months.

20        THE COURT: Thank you.

21        MR. DONET: If I could address one thing, Your Honor.

22        THE COURT:  Of course.

23        MR. DONET: I don't know all of the facts of this case,

24   but he was 16-years old.  It was about a month after his 16th

25   birthday. It could not have been too serious of a case when it

1   was closed out for a withhold of adjudication and he was given

2   Bootcamp and the charges were reduced to false imprisonment and

3   child abuse.  And while I am not making light of what the

4   allegation is -- to say what the Government just said, that it

5   was a terrible crime, we just don't know enough about the

6   details and how he was involved in it to hammer him here today

7   with regard to that case.

8           THE COURT:  Well, we do know -- whatever happened in

9   that room with that girl, Mr. Dixon didn't seem to take the

10  intervention of the judicial system as seriously as one would

11  hope in accessing deterrence in this instance.

12          MR. DONET: I believe it did register with him.  As

13  Your Honor knows, with any type of drug addiction, he fell back

14  into the same thing where he tested positive, and that is a

15  hard psychology to break.

16          As to the Government's point that there is some kind

17  of a discount for the guidelines; there is a discount for

18  acceptance.  He is paying full price, and his full price is his

19  guidelines are 168 months at the bottom of the guidelines.

20          However Booker and the factors in 3553 urge this Court

21  that out of fairness we should go below the guidelines and give

22  him a variance.

23          The variance we are asking for, and the sentence we

24  believe is appropriate, is 120 months.

25          Mr. Dixon wanted to address Your Honor.

1          THE COURT:  Certainly.

2          THE DEFENDANT:  Good afternoon; how you doing?

3          THE COURT:  Good afternoon, Mr. Dixon, how are you?

4          THE DEFENDANT: I would like to start off by thanking

5    everyone for what they did during the trial. I would like to

6    thank the Government for all they did. Also my lawyer, even

7    though we started out rough, we ended good.

8          I would like to thank you for your patience through

9    all the circumstances and everything we went through. I would

10   like to thank my wife and my mother for being there for me.

11         About that case, I would like to speak about the case

12   that the prosecutor talked about if I could.

13         THE COURT:  You may.

14         THE DEFENDANT: I took responsibility in that case,

15   Your Honor, because I had no, choice Your Honor, but that's not

16   something I did.

17         I was young, Your Honor, and I was 15. I wasn't even

18   in the house when that happened; I was down the street at a

19   girlfriend's house when that happened.

20         It so happened I came to the house at nighttime with

21   my friend that lived in the house down the street.  I skipped

22   school that day; I was skipping school.

23         But when I came in the house that night to spend the

24   night it was on the weekend. So, when the police and everything

25   came I did not know what was going on. Your Honor, the girl's

1    mother she reported that her daughter skipped school and her

2    daughter was there and that she don't know what happened, but

3    she know that her daughter had sex with one man inside the

4    house.

5            Because her daughter told her that she was at her

6    boyfriend's house -- the man who was her boyfriend was actually

7    older than her. I was 15, she was 17, and he was 18 at the

8    time.

9            The Court held us responsible for the actions he did.

10   They wanted him to come to court and say that we didn't have

11   nothing to do with that, but because we were already in custody

12   he was scared to come to court, so he didn't come to court.

13           That led us to get child abuse with no bodily harm and

14   false imprisonment.  Your Honor, I was young and I did accept

15   responsibility.

16           Why?  Because I missed my family. A lot of people

17   don't know what it is like to be inside a cell 17 hours a day

18   at least a year and a half, two years at a young age.

19           I accepted the punishment that I did have drugs on me.

20   I accepted that because I was wrong for that, but I did not do

21   that case, Your Honor.

22           The only reason I accepted that responsibility is

23   because I wanted to go home to my family because I was very

24   young. I did the Boot Camp; I completed everything.

25           I was one week away from completing my second course

1    in Boot Camp. The only reason I violated is my box -- I lived

2    on the third floor and when you went on the second floor the

3    third floor the signal doesn't catch. I would always walk out

4    and hold my box to catch a signal. I was on the third floor so

5    I did not have that much signal for that box to report I was

6    home.

7         A week straight my box reported I was not there and I

8    would go home and call my probation officer and tell him my box

9    is acting up.  And, Your Honor, that is how I got violated.

10        I took the responsibility for that, Your Honor. Why?

11   Because I still wanted to come back home to my family.  And I

12   respect that the Government painted his theory the way that he

13   did -- I respect that -- and I thank my lawyer for painting the

14   picture and theory he did.

15        Your Honor, when I got out I stayed at home, I had a

16   daughter, I stayed home.  Your Honor, there was nothing that I

17   did; no trouble I got into. I always admit when I am wrong --

18   to everything -- as you can see I always admit to when I am

19   wrong.

20        Your Honor, I went to trial because I feel as though I

21   did not have anything to do with the conspiracy, but I did

22   accept my responsibility that I was wrong.

23        The Government did not come to me, nor my lawyer and

24   ask if we accept -- if you accept this, we can drop this. That

25   was never discussed because then I would have did it, Your

1    Honor. I man up for my mistakes, Your Honor.  I went to trial

2    on this conspiracy because I felt like I didn't have anything

3    to do -- even though people do what they do that doesn't have

4    nothing to do with me, Your Honor, even though I do know them.

5         I am saying that don't have nothing to do with me. I

6    never did violence, never committed violence; I never did none

7    of that. I am not that type of person.

8         I grew up in a bad environment, but I wanted better

9    for myself and the people that were around me. I talked to

10   Altamirano and told Altamirano, you can't rob, you can't live

11   like that, you have to live the good life or rob; which one is

12   you going to do 'cause I am living the good life.

13        That's what I told him, Your Honor; because I was

14   working construction at the time. I did not say you need to

15   sell drugs or do a -- commit a robbery.  That's not what I

16   said, Your Honor.

17        I would like to thank you, Your Honor, and I would

18   like to thank my wife -- because I have a beautiful family -- I

19   would like to thank my wife because she's been here for me

20   every second and minute of the day. I never did nothing wrong;

21   I never treated her wrong.

22        Also also my mama -- even though growing up I wasn't

23   forced into going to the streets.  It wasn't because of my

24   daddy's past; I never knew about that whatever.

25        When my daddy was around he stayed in the house to

1   provide for us, and he was working construction.  I didn't see

2   my daddy sell no drugs.

3           You know, I started smoking Black and Mild's when I

4   was young. Things happen, you know, when you hanging with

5   people that are in the streets; things happen.

6           That is not something I really wanted to do at a young

7   age.  It was something I did to take stress off from what I was

8   going through. That's not what I really wanted.

9           You can ask my wife, Your Honor -- I think I am the

10  best family man there is. I do what I can; I help provide.  I

11  am there on everything.

12          I don't see how the Government comes up with more than

13  840 grams.  I don't see how the jury came up with more than 280

14  grams. I don't see that; because it's not like I was there 24,

15  7.

16          Even though there was testimony that he said he seen

17  me -- of course he seen me on different occasions and different

18  days. He did see me, but he can't say he seen me commit

19  violence or sell drugs.

20          I may have hung around there, but that's not something

21  that I really wanted to do, Your Honor.  That was a choice that

22  I was forced to do because I had no where to stay, Your Honor.

23   I did not want to go to no homeless place that's why I stayed

24  in that place; I admit that, Your Honor.

25          I would like to ask Your Honor to have mercy on me on

 1  all of these things. I know this may sound crazy, but I would
 2  ask if you can give me 7 to 14 days to get situated with my
 3  family so I could be there with my family and my wife; at least
 4  work in construction to help and give her money until I get
 5  designated in prison.
 6          Your Honor, I just ask you to have mercy on me. Thank
 7  you for listening, Your Honor.
 8          THE COURT:  Thank you, Mr. Dixon.  Is there anything
 9  else you have on behalf of Mr. Dixon?
10          MR. DONET: I would ask whatever your sentence is that
11  you make a recommendation that he be designated somewhere local
12  to South Florida and that he be admitted into the R-DAP
13  Program.
14          MR. VAZQUEZ: Your Honor, the Government would ask that
15  the terms of supervised release run consecutive to each other.
16          That's all, Your Honor.
17          THE COURT:  The Court has considered the statements
18  and recommendations of the parties, the presentence report
19  which contains the advisory guidelines and the statutory
20  factors set forth in 18 United States Code 3553(a).
21          It is the finding of the Court that the defendant is
22  not able to pay a fine therefore no fine will be imposed.
23          I understand the argument advanced by the Government
24  with regard to Mr. Dixon, it is a powerful argument and it is a
25  persuasive argument, but this case is shifting it seems in

1    terms of the perspective you take on the participation of each

2    of the individuals in the crimes that were charged and the

3    crimes for which they were convicted at any given time. Looking

4    at it from one angle might give you a different insight or

5    perspective.

6         And it is all contingent in an advisory guideline

7    range on matters such as weight; which I think the Government

8    throughout the case has been both as accurate and generous as

9    far as they can in accessing those amounts.

10        But it is something without benefit of accurate

11   ledgers or seizures that you must rely on the testimony of

12   persons being as honest as they can be, but not always giving

13   totally numerically or sound assessments.

14        So, there's that. Then there is the hierarchy and the

15   tier of the BMT as far as the drug conspiracy and the BMT

16   actors doing certain things that may not really have anything

17   to do with per se the sale of drugs where you have Mr. Dixon as

18   a foot solider for the sale of drugs.

19        He was involved for a limited amount of time, and was

20   not someone who was involved in the hierarchy of the BMT.

21        Then there is the fact that Mr. Dixon while he did not

22   in a classic sense accept responsibility, did not agree to

23   stipulate to the chemist testimony, he did at least acknowledge

24   to the jury that, that is something he did.

25        So on balance, owing to the unique case and the nature

1    and circumstances of the offense, I am going to give Mr. Dixon

2    a variance.  As with most of the sentences probably everybody

3    will be dissatisfied; maybe that is a hallmark of justice.  I

4    honestly don't know.

5           Therefore, it is the judgment of the Court that the

6    defendant is comitted to the Bureau of Prisons to be imprisoned

7    for a term of 144 months as to each of Counts 1 and 25 to be

8    served concurrently.

9           Upon release from imprisonment defendant shall be

10   placed on supervised release for consecutive terms of five

11   years as to Count 1 and 3 years as to Count 25.

12          Within 72 hours of release the defendant shall report

13   in person to the Probation Office in the district where

14   released. While on supervised release the defendant shall not

15   commit any crimes, shall be prohibited from possessing a

16   firearm or other dangerous device, shall not possess a

17   controlled substance, shall cooperate in the collection of DNA

18   and shall comply with the standard conditions of supervised

19   release, including the following special conditions:

20          Employment requirement, substance abuse treatment

21   financial disclosure requirement and permissible search as

22   noted in Part G of the presentence report.

23          I also recommend that Mr. Dixon be designated to a

24   facility in South Florida and that he be allowed to participate

25   in the R-DAP program.

1          For the record, which will follow Mr. Dixon, the Court

2    makes a finding that Mr. Dixon did not possess any weapons; Mr.

3    Dixon himself did not participate any of the violence and

4    strongly recommend that he be allowed to participate in the

5    R-DAP Program.

6          It is further ordered that the defendant shall pay

7    immediately a special assessment of $100 as to each count of

8    conviction, for a total of $200.

9          Total sentence 144 months imprisonment, eight years

10   supervised release and a $200 special assessment.

11         Now that sentence has been imposed, does the defendant

12   or counsel object to the Court's findings of fact or the manner

13   in which sentence was pronounced.

14         MR. DONET: No, Your Honor.

15         THE COURT:  Mr. Dixon, you have the right to appeal

16   the conviction and sentence.  Any notice must be filed within

17   14 days after the entry of judgment.

18         If you cannot afford to pay for the appeal you may

19   apply for leave to appeal in forma pauperis.  Which means the

20   Court will appoint Mr. Donet to continue to represent you.

21         All right. Is there anything further on behalf of the

22   Government or the defense?

23         MR. VAZQUEZ: No, Your Honor.

24         MR. DONET: No, Your Honor.

25         THE COURT:  Mr. Dixon, I wish you the best of luck. I

1   hope you can avail yourself of some of the programs in the

2   place you are designated.

3          All right. We are adjourned.

4                    SENTENCING CONCLUDED

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                           -   -   -

 2                    C E R T I F I C A T E

 3                    I hereby certify that the foregoing is an

 4      accurate transcription of proceedings in the above-entitled

 5      matter.

 6

 7                                        /S/PATRICIA SANDERS

 8      _____                 _____

 9      DATE FILED                  PATRICIA SANDERS, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$100** [1] - 38:7
**$200** [2] - 38:8, 38:10
**$60** [1] - 14:12

## /

**/S/PATRICIA** [1] -
40:7

## 1

**1** [2] - 37:7, 37:11
**11-3** [1] - 1:16
**12** [1] - 20:9
**120** [2] - 21:22, 29:24
**14** [2] - 35:2, 38:17
**14-20017-CR-KMW**
[1] - 1:2
**144** [2] - 37:7, 38:9
**15** [2] - 30:17, 31:7
**16** [2] - 16:8, 16:11
**16-years** [1] - 28:24
**168** [2] - 19:16, 29:19
**16th** [1] - 28:24
**17** [3] - 20:22, 31:7,
31:17
**18** [3] - 20:22, 31:7,
35:20
**180** [2] - 28:18, 28:19
**19** [3] - 12:14, 14:8,
20:6

## 2

**2** [3] - 13:14, 14:11,
19:15
**20** [3] - 15:12, 20:8,
26:23
**2011** [1] - 4:21
**2012** [2] - 16:7, 16:15
**2013** [14] - 4:4, 4:18,
4:25, 5:1, 5:6, 6:23,
7:9, 12:17, 15:10,
16:8, 16:15, 16:17,
16:19, 17:2
**2014** [4] - 11:7,
11:12, 15:10, 20:8
**21** [2] - 15:1, 20:6
**210** [1] - 19:16
**22** [1] - 15:1
**24** [1] - 34:14
**24th** [2] - 16:12,
16:14
**25** [2] - 37:7, 37:11
**27** [1] - 5:8
**28** [1] - 22:2
**280** [7] - 3:15, 3:21,
4:4, 6:13, 7:3, 22:3,

34:13

## 3

**3** [3] - 13:14, 14:11,
37:11
**30** [6] - 3:14, 3:21,
4:2, 4:5, 7:17, 7:19
**305.523.5528** [1] -
1:17
**32** [4] - 3:8, 3:24, 4:2,
8:2
**3250** [1] - 1:13
**33128** [1] - 1:17
**33132** [1] - 1:11
**33133** [1] - 1:14
**34** [1] - 19:15
**3553** [4] - 18:16,
18:22, 19:19, 29:20
**3553(a)** [1] - 35:20
**364** [2] - 16:10, 21:3

## 4

**400** [1] - 1:16
**404** [2] - 25:3, 26:5
**406** [1] - 1:13
**428** [2] - 11:12, 18:6
**485** [1] - 3:17
**4th** [1] - 1:11

## 6

**6** [1] - 14:14

## 7

**7** [3] - 14:15, 34:15,
35:2
**70** [1] - 24:7
**72** [1] - 37:12

## 8

**800** [1] - 4:1
**840** [7] - 3:15, 3:22,
4:4, 4:22, 5:10, 6:10,
34:13
**840?** [1] - 4:8
**851** [2] - 27:14, 27:15

## 9

**9-15-15** [1] - 1:7
**97** [1] - 22:7
**99** [1] - 1:11

## A

**A.U.S.A** [1] - 1:10

**abandoned** [2] -
16:13, 18:7
**able** [3] - 24:3, 25:19,
35:22
**above-entitled** [1] -
40:4
**absence** [1] - 15:13
**absolute** [1] - 8:6
**absolutely** [2] - 22:4,
23:12
**abuse** [3] - 29:3,
31:13, 37:20
**accept** [7] - 24:13,
27:18, 31:14, 32:22,
32:24, 36:22
**acceptance** [7] -
21:25, 22:9, 22:10,
22:25, 24:10, 29:18
**accepted** [7] - 7:20,
22:5, 27:1, 28:8,
31:19, 31:20, 31:22
**accepting** [3] - 24:6,
25:1, 25:3
**access** [1] - 14:23
**accessing** [2] -
29:11, 36:9
**account** [3] - 18:11,
18:12
**accountable** [2] -
3:16, 7:8
**accounts** [1] - 16:3
**accurate** [5] - 16:23,
28:8, 36:8, 36:10,
40:4
**acknowledge** [4] -
6:8, 19:8, 24:9, 36:23
**acquitted** [1] - 9:22
**acting** [1] - 32:9
**actions** [1] - 31:9
**active** [5] - 5:21,
5:24, 6:2, 8:1, 18:14
**activity** [3] - 8:8,
12:8, 27:2
**actors** [1] - 36:16
**acts** [1] - 11:25
**add** [1] - 25:9
**addendum** [1] - 2:19
**addiction** [1] - 29:13
**additional** [2] -
14:18, 22:10
**address** [3] - 16:12,
28:21, 29:25
**addressed** [1] -
18:22
**adjourned** [1] - 39:3
**adjudication** [1] -
29:1
**adjust** [1] - 7:19
**adjustments** [1] -
19:1

**admit** [3] - 32:17,
32:18, 34:24
**admitted** [3] - 6:20,
9:7, 35:12
**advanced** [1] - 35:23
**advisory** [3] - 19:16,
35:19, 36:6
**affected** [1] - 6:5
**affiliated** [1] - 19:23
**afford** [1] - 38:18
**aftercare** [1] - 16:9
**afternoon** [11] - 2:5,
2:7, 2:8, 2:10, 2:12,
2:13, 2:23, 2:25, 30:2,
30:3
**age** [4] - 16:11, 20:9,
31:18, 34:7
**aggravating** [2] -
10:11, 27:9
**aggregate** [1] - 7:23
**aggressive** [1] -
20:20
**agree** [4] - 18:21,
23:13, 25:12, 36:22
**Allapattah** [1] - 16:6
**allegation** [1] - 29:4
**allegations** [1] -
12:12
**allege** [2] - 4:14, 4:17
**alleged** [1] - 4:17
**alleges** [1] - 4:13
**allow** [1] - 26:6
**allowed** [3] - 17:7,
37:24, 38:4
**Altamirano** [9] -
9:25, 10:14, 10:18,
10:19, 14:6, 26:20,
33:10
**AMERICA** [1] - 1:3
**amount** [8] - 4:7,
6:15, 6:24, 7:2, 7:7,
7:13, 11, 15:3, 36:19
**amounted** [1] - 14:19
**amounts** [2] - 6:18,
36:9
**analysis** [3] - 4:19,
19:25, 25:13
**Angel** [4] - 15:19,
21:7, 22:12, 24:23
**angle** [1] - 36:4
**apartment** [1] - 18:8
**apologize** [1] - 3:20
**apologized** [1] -
22:24
**appeal** [3] - 38:15,
38:18, 38:19
**appearances** [3] -
1:9, 2:4, 2:22
**applicable** [1] - 3:3
**applied** [1] - 25:14

**apply** [1] - 38:19
**appoint** [1] - 38:20
**appropriate** [6] - 3:7,
3:14, 4:7, 23:22,
28:18, 29:24
**appropriately** [1] -
18:21
**approximations** [1] -
7:23
**area** [1] - 21:15
**arguing** [1] - 25:25
**argument** [7] - 9:19,
21:1, 23:12, 23:13,
35:23, 35:24, 35:25
**arguments** [1] -
18:20
**Ariana** [1] - 15:14
**armed** [1] - 10:2,
10:3
**arrested** [2] - 15:10,
16:8
**arrived** [1] - 5:17
**arrives** [1] - 7:9
**assess** [1] - 10:9
**assessment** [4] -
3:12, 3:13, 38:7,
38:10
**assessments** [1] -
36:13
**associate** [1] - 10:25
**association** [1] - 9:5
**atmosphere** [1] -
8:25
**attacked** [1] - 11:22
**attacks** [1] - 23:8
**attempt** [2] - 13:20,
27:18
**attempted** [3] -
25:18, 26:1, 26:5
**attempts** [1] - 4:19
**attend** [1] - 24:3
**attorney** [1] - 17:13
**August** [2] - 16:7,
16:15
**authority** [1] - 23:5
**avail** [1] - 39:1
**Avenue** [1] - 1:16
**award** [1] - 18:24
**awful** [1] - 10:6

## B

**bad** [2] - 27:6, 33:8
**balance** [1] - 36:25
**barter** [1] - 14:17
**base** [8] - 3:8, 3:21,
4:5, 7:4, 7:6, 7:15,
7:17, 19:13
**based** [4] - 5:11,
18:23, 26:2

**basis** [1] - 11:10
**battery** [1] - 26:7
**bear** [1] - 13:1
**beating** [2] - 11:21, 11:24
**beautiful** [1] - 33:18
**became** [1] - 5:21
**began** [1] - 15:23
**begin** [1] - 7:16
**beginning** [1] - 22:20
**begins** [1] - 15:21
**behalf** [5] - 2:6, 2:9, 2:24, 35:9, 38:21
**belief** [1] - 15:2
**believes** [4] - 4:12, 4:16, 11:8, 28:18
**below** [3] - 4:1, 8:9, 29:21
**benefit** [2] - 9:4, 36:10
**best** [3] - 10:9, 34:10, 38:25
**better** [2] - 6:22, 33:8
**between** [4] - 4:12, 10:1, 10:14, 16:13
**beyond** [1] - 6:14
**big** [1] - 15:20
**bike** [1] - 17:24
**birthday** [1] - 28:25
**bit** [1] - 8:21
**Black** [1] - 34:3
**BMT** [10] - 8:1, 8:25, 12:16, 15:18, 19:22, 22:18, 26:4, 36:15, 36:20
**boasting** [1] - 26:18
**bodily** [1] - 31:13
**bomb** [1] - 18:3
**book** [2] - 3:23, 3:24
**Booker** [1] - 29:20
**Boot** [8] - 16:9, 16:16, 20:15, 20:17, 20:23, 26:9, 31:24, 32:1
**Bootcamp** [1] - 29:2
**bottom** [4] - 7:13, 15:1, 16:2, 29:19
**box** [5] - 32:1, 32:4, 32:5, 32:7, 32:8
**boyfriend** [1] - 31:6
**boyfriend's** [1] - 31:6
**bragged** [1] - 16:24
**break** [1] - 29:15
**bring** [2] - 28:1, 28:6
**brings** [3] - 15:5, 19:14, 19:16
**brought** [3] - 9:24, 25:15, 25:23
**build** [1] - 7:12

**building** [1] - 18:6
**burden** [1] - 28:4
**Bureau** [1] - 37:6
**business** [2] - 14:3, 17:18
**busy** [1] - 8:10
**buys** [3] - 12:25, 13:9, 21:9
**BY** [1] - 1:15

---

**C**

**calculation** [2] - 7:7, 7:17
**calculations** [2] - 3:4, 5:12
**calculous** [2] - 5:2, 27:4
**camera** [2] - 14:16, 18:9
**Camp** [8] - 16:9, 16:16, 20:15, 20:17, 20:23, 26:10, 31:24, 32:1
**cannot** [3] - 9:19, 18:24, 38:18
**car** [1] - 16:1
**case** [13] - 1:2, 21:11, 24:22, 28:23, 28:25, 29:7, 30:11, 30:14, 31:21, 35:25, 36:8, 36:25
**Case** [1] - 2:2
**cash** [1] - 14:22
**Castro** [5] - 8:9, 9:23, 10:1, 10:2, 10:12
**catch** [2] - 32:3, 32:4
**Category** [1] - 19:15
**cell** [2] - 14:3, 31:17
**certain** [1] - 36:16
**certainly** [4] - 8:10, 8:13, 25:10, 30:1
**certify** [1] - 40:3
**Chacon** [3] - 13:22, 13:23, 22:19
**chance** [2] - 22:14, 26:13
**change** [3] - 14:13, 14:22, 17:25
**changed** [1] - 23:23
**charged** [2] - 26:1, 36:2
**charges** [1] - 29:2
**charted** [1] - 23:11
**check** [1] - 17:18
**chemist** [1] - 36:23
**child** [2] - 29:3, 31:13
**choice** [2] - 30:15,

34:21
**choose** [4] - 10:14, 10:23, 19:12
**Christian** [4] - 12:13, 12:19, 12:20, 25:15
**Christopher** [1] - 26:20
**cigarette** [1] - 13:19
**circumstance** [1] - 17:16
**circumstances** [5] - 17:11, 17:14, 20:1, 30:9, 37:1
**citizen** [1] - 6:5
**classic** [1] - 36:22
**clear** [1] - 11:11
**clearly** [1] - 23:4
**client** [1] - 2:19
**closed** [1] - 29:1
**closely** [1] - 14:5
**cocaine** [2] - 25:4, 28:5
**Code** [1] - 35:20
**codefendants** [1] - 19:10
**collected** [1] - 17:20
**collection** [1] - 37:17
**comfortable** [1] - 9:2
**comitted** [1] - 37:6
**commit** [4] - 14:6, 33:15, 34:18, 37:15
**committed** [2] - 11:25, 33:6
**community** [2] - 20:24, 20:25
**comparable** [1] - 8:22
**compare** [1] - 8:23
**comparison** [1] - 17:18
**compelling** [1] - 18:20
**completed** [3] - 16:9, 20:23, 31:24
**completing** [1] - 31:25
**comply** [1] - 37:18
**component** [2] - 20:18, 20:21
**comprehensive** [1] - 20:20
**computation** [2] - 7:19, 8:3
**CONCLUDED** [1] - 39:4
**conclusion** [1] - 5:7
**concurrently** [1] - 37:8
**conditions** [2] - 37:18, 37:19

**conduct** [2] - 26:22, 27:5
**confident** [1] - 5:7
**confidential** [2] - 18:8, 18:10
**confirm** [1] - 6:9
**conflicted** [1] - 6:17
**connection** [2] - 9:2, 17:5
**consecutive** [2] - 35:15, 37:10
**consequence** [1] - 10:19
**consequences** [1] - 27:10
**consider** [2] - 20:1, 25:17
**consideration** [2] - 21:21, 22:11
**considered** [1] - 35:17
**considering** [1] - 20:22
**conspiracies** [1] - 9:11
**conspiracy** [27] - 4:20, 5:7, 5:9, 5:15, 6:3, 7:24, 9:19, 10:24, 11:21, 15:2, 15:18, 17:12, 18:2, 18:3, 18:13, 18:14, 18:17, 19:7, 20:7, 24:12, 25:2, 25:6, 26:15, 27:23, 32:21, 33:2, 36:15
**constantly** [1] - 9:7
**Constitutional** [1] - 28:3
**construction** [3] - 33:14, 34:1, 35:4
**contains** [1] - 35:19
**contesting** [1] - 28:6
**context** [2] - 11:18, 18:22
**contingent** [1] - 36:6
**continue** [1] - 38:20
**continued** [2] - 6:21, 10:25
**control** [2] - 20:24, 20:25
**controlled** [3] - 12:25, 13:9, 37:17
**convicted** [2] - 7:25, 36:3
**conviction** [2] - 38:8, 38:16
**cooperate** [2] - 22:13, 37:17
**cooperated** [1] - 23:17

**corner** [2] - 14:14, 17:6
**correct** [8] - 3:9, 4:9, 15:2, 16:7, 16:15, 19:2, 19:3, 19:18
**corrections** [1] - 3:2
**corroborates** [3] - 18:11, 18:12
**cost** [1] - 24:6
**costing** [1] - 22:10
**counsel** [3] - 2:4, 10:4, 38:12
**counseling** [4] - 14:7, 20:16, 20:18, 26:19
**Count** [2] - 37:11
**count** [4] - 27:19, 27:23, 27:24, 38:7
**Counts** [1] - 37:7
**County** [2] - 16:16, 21:5
**course** [5] - 20:5, 27:13, 28:22, 31:25, 34:17
**COURT** [55] - 1:1, 1:8, 2:1, 2:7, 2:10, 2:13, 2:21, 2:25, 3:6, 3:11, 3:18, 3:24, 4:6, 4:10, 4:23, 5:14, 6:11, 7:18, 10:6, 11:3, 11:13, 11:17, 13:2, 13:7, 15:5, 15:25, 16:6, 16:11, 16:20, 17:10, 18:18, 19:8, 19:19, 20:5, 20:13, 21:1, 21:24, 22:14, 22:21, 22:22, 23:1, 23:11, 24:9, 25:7, 25:10, 28:20, 28:22, 29:8, 30:1, 30:3, 30:13, 35:8, 35:17, 38:15, 38:25
**court** [4] - 6:6, 31:10, 31:12
**Court** [19] - 1:16, 2:2, 2:9, 5:13, 6:8, 7:6, 10:9, 16:12, 16:14, 24:1, 25:24, 26:5, 29:20, 31:9, 35:17, 35:21, 37:5, 38:1, 38:20
**Court's** [1] - 38:12
**COURTROOM** [1] - 2:2
**cousins** [3] - 12:16, 22:18
**CR** [1] - 2:3
**crack** [12] - 5:3, 6:15, 7:7, 12:13, 12:20, 12:22, 13:11, 14:20,

17:25, 24:18
**crazy** [1] - 35:1
**credit** [1] - 21:3
**crew** [1] - 16:6
**crime** [2] - 26:14, 29:5
**crimes** [4] - 5:24, 36:2, 36:3, 37:15
**criminal** [8] - 19:15, 23:16, 26:2, 26:4, 26:15, 26:21, 27:11
**crux** [1] - 9:10
**culpability** [1] - 25:13
**custody** [2] - 26:14, 31:11

## D

**daddy** [2] - 33:25, 34:2
**daddy's** [1] - 33:24
**Dade** [2] - 16:16, 21:5
**dangerous** [3] - 19:6, 26:24, 37:16
**DAP** [3] - 35:12, 37:25, 38:5
**DATE** [1] - 40:9
**daughter** [6] - 24:14, 31:1, 31:2, 31:3, 31:5, 32:16
**DAVID** [1] - 1:12
**David** [1] - 2:8
**Dayaan** [4] - 6:17, 7:5, 12:20, 18:12
**days** [7] - 12:9, 18:3, 21:3, 24:3, 34:18, 35:2, 38:17
**dealer** [7] - 5:22, 8:1, 8:24, 9:17, 9:18, 16:24, 17:4
**deals** [2] - 23:17
**debriefed** [1] - 5:18
**decision** [2] - 23:24, 27:14
**decisions** [1] - 20:11
**DEFENDANT** [5] - 1:12, 2:12, 30:2, 30:4, 30:14
**defendant** [14] - 8:23, 10:12, 17:21, 18:13, 25:17, 27:1, 28:19, 35:21, 37:6, 37:9, 37:12, 37:14, 38:6, 38:11
**defendant's** [3] - 7:18, 8:2, 18:19
**defendants** [5] - 10:8, 15:1, 17:15,

21:16, 26:4
**defense** [2] - 7:25, 38:22
**deny** [4] - 7:18, 8:1, 18:18, 19:10
**DEPUTY** [1] - 2:2
**deserves** [2] - 10:18, 13:5
**designated** [4] - 35:5, 35:11, 37:23, 39:2
**despite** [2] - 7:25, 15:12
**details** [1] - 29:6
**deter** [2] - 24:15, 24:16
**deterrence** [1] - 29:11
**device** [1] - 37:16
**dialysis** [1] - 24:2
**Diaz** [2] - 8:14, 9:22, 17:23
**difference** [4] - 4:11, 10:1, 22:1, 27:25
**different** [7] - 4:13, 12:23, 16:24, 23:15, 34:17, 36:4
**disagreement** [1] - 6:1
**disclosure** [1] - 37:21
**discount** [3] - 28:14, 29:17
**discussed** [2] - 19:14, 32:25
**discussion** [1] - 3:3
**discussions** [1] - 22:4
**disparate** [2] - 21:24, 23:20
**disparity** [1] - 21:20
**dissatisfied** [1] - 37:3
**distinction** [1] - 27:25
**DISTRICT** [3] - 1:1, 1:1, 1:8
**district** [1] - 37:13
**diversifying** [1] - 18:1
**divided** [1] - 16:12
**DIVISION** [1] - 1:2
**dixon** [1] - 13:5
**Dixon** [99] - 2:3, 2:9, 2:11, 2:13, 2:15, 3:16, 5:9, 5:14, 5:18, 5:23, 7:24, 8:7, 8:12, 8:18, 8:21, 9:1, 9:16, 9:24, 10:1, 10:19, 10:20, 10:22, 10:23, 11:6,

11:8, 11:11, 11:16, 12:1, 12:5, 12:8, 12:9, 12:14, 12:23, 13:9, 13:16, 13:18, 13:20, 13:24, 14:10, 14:11, 14:13, 14:17, 14:21, 15:3, 15:6, 15:7, 15:17, 15:20, 15:22, 16:8, 16:22, 17:6, 17:11, 17:16, 18:5, 19:5, 19:9, 19:11, 19:22, 20:2, 20:6, 20:15, 21:22, 22:5, 23:6, 23:15, 23:21, 24:25, 25:8, 25:11, 26:3, 26:6, 26:7, 26:9, 26:10, 26:11, 26:25, 27:6, 27:12, 28:15, 28:16, 29:9, 29:25, 30:3, 35:8, 35:9, 35:24, 36:17, 36:21, 37:1, 37:23, 38:1, 38:2, 38:3, 38:15, 38:25
**DIXON** [1] - 1:6
**Dixon's** [1] - 28:5
**DNA** [1] - 37:17
**dollars** [2] - 24:17, 24:18
**done** [4] - 10:10, 26:3, 27:20, 28:12
**DONET** [35] - 1:12, 2:8, 2:20, 3:5, 3:13, 3:20, 4:3, 6:12, 11:4, 11:15, 11:19, 13:5, 13:8, 15:12, 16:1, 16:7, 16:15, 16:21, 19:3, 20:3, 20:6, 20:17, 21:2, 22:4, 22:17, 23:2, 23:25, 24:11, 25:8, 28:21, 28:23, 29:12, 35:10, 38:14, 38:24
**Donet** [21] - 2:8, 2:10, 2:15, 3:1, 3:11, 4:12, 4:19, 5:17, 5:25, 6:1, 6:11, 8:20, 11:3, 18:15, 18:20, 19:2, 19:20, 21:24, 25:15, 25:23, 38:20
**Donet's** [2] - 4:15, 25:12
**doubt** [1] - 6:14
**down** [3] - 20:24, 30:18, 30:21
**drop** [1] - 32:24
**drug** [22] - 5:9, 5:22, 6:9, 8:24, 9:12, 9:15, 9:17, 9:18, 9:19, 16:4, 16:24, 17:4, 17:17,

20:16, 20:18, 20:20, 21:5, 21:10, 27:8, 29:13, 36:15
**drugs** [22] - 6:22, 9:1, 9:5, 9:7, 10:25, 13:19, 14:2, 16:25, 17:2, 17:5, 17:21, 17:24, 20:11, 20:12, 21:8, 21:9, 31:19, 33:15, 34:2, 34:19, 36:17, 36:18
**during** [2] - 23:4, 30:5

## E

**economic** [3] - 17:11, 17:14, 17:16
**edit** [1] - 8:3
**edits** [1] - 3:2
**effort** [1] - 25:22
**eight** [1] - 38:9
**elephant** [1] - 20:13
**elicited** [1] - 7:12
**eligible** [1] - 27:16
**emphasis** [1] - 11:5
**employment** [1] - 37:20
**enabled** [1] - 8:24
**end** [1] - 12:17
**ended** [2] - 24:5, 30:7
**engaged** [2] - 12:11, 19:23
**enhancement** [2] - 19:6, 19:14
**entire** [1] - 4:20
**entitled** [1] - 40:4
**entry** [1] - 38:17
**environment** [2] - 9:3, 33:8
**epitome** [1] - 12:18
**ESQ** [1] - 1:12
**established** [1] - 5:8
**events** [1] - 26:4
**eventually** [5] - 13:13, 15:22, 15:24, 16:18, 20:11
**everyday** [1] - 11:10
**evidence** [1] - 11:18
**exact** [1] - 5:16
**exactly** [1] - 22:16
**excess** [2] - 4:2, 5:9
**excuse** [1] - 24:5
**experiencing** [1] - 15:15
**expert** [3] - 28:6, 28:7
**experts** [1] - 28:1
**exposure** [1] - 19:21

**expound** [1] - 19:21
**extended** [1] - 15:22
**extrapolate** [1] - 4:20
**extremely** [1] - 26:14

## F

**face** [1] - 28:11
**Facebook** [1] - 17:3
**facility** [1] - 37:24
**fact** [3] - 19:23, 36:21, 38:12
**factor** [2] - 27:9, 27:10
**factors** [4] - 18:16, 23:18, 29:20, 35:20
**facts** [2] - 3:5, 28:23
**factual** [2] - 3:2, 25:5
**fair** [2] - 24:8, 24:20
**fairness** [1] - 29:21
**false** [2] - 29:2, 31:14
**family** [11] - 8:17, 12:15, 15:13, 16:17, 31:16, 31:23, 32:11, 33:18, 34:10, 35:3
**far** [3] - 5:1, 36:9, 36:15
**father** [1] - 27:8
**feed** [1] - 15:24
**fell** [1] - 29:13
**felt** [1] - 33:2
**few** [5] - 13:11, 15:11, 20:4, 20:8, 24:17
**FILED** [1] - 40:9
**filed** [1] - 38:16
**filing** [1] - 27:14
**financial** [1] - 37:21
**findings** [1] - 38:12
**fine** [2] - 35:22
**firearm** [2] - 12:21, 37:16
**firm** [1] - 5:17
**first** [3] - 7:14, 20:23, 25:11
**five** [2] - 3:19, 37:10
**FL** [3] - 1:11, 1:14, 1:17
**floor** [3] - 32:2, 32:3, 32:4
**Flores** [1] - 9:22
**FLORIDA** [1] - 1:1
**Florida** [3] - 26:13, 35:12, 37:24
**folks** [2] - 16:13, 17:17
**follow** [2] - 6:12, 38:1
**following** [1] - 37:19
**foolish** [1] - 10:16

**foot** [1] - 36:18
**FOR** [2] - 1:10, 1:12
**forced** [3] - 26:7, 33:23, 34:22
**foregoing** [1] - 40:3
**foreseeable** [1] - 6:7
**forget** [1] - 13:22, 22:20
**form** [1] - 26:21
**forma** [1] - 38:19
**Fort** [1] - 1:14
**forth** [1] - 35:20
**founders** [1] - 12:15
**founding** [1] - 22:18
**free** [1] - 19:21
**friend** [2] - 15:19, 30:21
**friends** [1] - 15:21
**front** [1] - 17:8
**full** [3] - 28:14, 29:18

## G

**gambling** [1] - 10:3
**gang** [3] - 6:22, 28:11
**general** [1] - 12:7
**generous** [1] - 36:8
**gentlemen** [1] - 15:18
**germane** [1] - 8:11
**girl** [2] - 26:8, 29:9
**girl's** [1] - 30:25
**girlfriend** [3] - 15:14, 16:18, 23:25
**girlfriend's** [1] - 30:19
**girls** [1] - 26:18
**given** [10] - 11:1, 18:3, 19:20, 20:15, 21:2, 24:21, 26:9, 29:1, 36:3
**Gonzalez** [1] - 17:3
**Government** [24] - 2:16, 3:7, 4:13, 4:16, 6:16, 7:11, 10:4, 11:4, 12:11, 23:3, 27:14, 27:21, 28:9, 28:17, 29:4, 30:6, 32:12, 32:23, 34:12, 35:14, 35:23, 36:7, 38:22
**Government's** [5] - 11:19, 22:6, 27:13, 28:3, 29:16
**gram** [7] - 4:12, 4:14, 4:16, 13:15, 14:19, 22:2, 22:3
**grams** [11] - 3:15, 3:17, 3:21, 3:22, 4:1, 4:4, 5:10, 6:10, 34:13,

34:14
**grasp** [1] - 5:17
**grasped** [1] - 5:19
**grew** [1] - 33:8
**group** [6] - 26:6, 26:17, 26:21, 26:22, 27:3, 27:12
**growing** [1] - 33:22
**guesswork** [1] - 6:23
**guideline** [4] - 3:3, 3:22, 19:16, 36:6
**guidelines** [3] - 3:6, 18:25, 24:7, 29:17, 29:19, 29:21, 35:19
**guilty** [2] - 27:19, 27:24
**gun** [1] - 10:7
**guns** [1] - 14:2
**guy** [2] - 8:10, 15:6
**guys** [4] - 7:12, 7:14, 14:9, 14:25
**Guzman** [16] - 6:16, 6:20, 7:6, 7:22, 8:22, 8:24, 9:6, 9:7, 11:22, 16:22, 16:23, 17:4, 17:13, 17:20, 23:7, 23:8
**Guzman's** [1] - 18:12

## H

**habit** [1] - 15:24
**half** [2] - 14:19, 31:18
**hallmark** [1] - 37:3
**hammer** [1] - 29:6
**hand** [1] - 6:25
**handled** [1] - 17:24
**handles** [2] - 18:2
**hang** [2] - 15:21, 21:7
**hanging** [7] - 14:8, 15:17, 16:13, 16:18, 21:6, 26:17, 34:4
**harass** [1] - 12:5
**hard** [2] - 24:4, 29:15
**harm** [1] - 31:13
**harp** [1] - 24:23
**hear** [2] - 24:23, 25:11
**heard** [3] - 7:15, 14:24, 22:22
**heart** [2] - 9:16, 23:13
**held** [3] - 3:16, 7:7, 31:9
**HELD** [1] - 1:7
**help** [2] - 34:10, 35:4
**helped** [2] - 10:2, 10:6

**hereby** [1] - 40:3
**hierarchal** [1] - 8:5
**hierarchy** [2] - 36:14, 36:20
**high** [1] - 15:19
**highlight** [1] - 20:4
**himself** [2] - 25:22, 38:3
**history** [4] - 19:15, 23:16, 27:11, 27:12
**hold** [2] - 28:2, 32:4
**home** [8] - 26:8, 27:6, 31:23, 32:6, 32:8, 32:11, 32:15, 32:16
**homeless** [3] - 14:8, 15:6, 34:23
**honest** [1] - 36:12
**honestly** [1] - 37:4
**Honor** [67] - 2:5, 2:8, 2:12, 2:20, 2:23, 3:5, 3:10, 3:13, 3:20, 5:11, 5:16, 6:12, 6:16, 7:15, 7:16, 8:24, 11:15, 11:19, 11:25, 13:4, 13:12, 17:9, 19:3, 19:5, 19:18, 20:17, 22:11, 22:17, 23:25, 24:14, 24:22, 25:8, 25:18, 27:17, 28:17, 28:21, 29:13, 29:25, 30:15, 30:17, 30:25, 31:14, 31:21, 32:9, 32:10, 32:15, 32:16, 32:20, 33:1, 33:4, 33:13, 33:16, 33:17, 34:9, 34:21, 34:22, 34:24, 34:25, 35:6, 35:7, 35:14, 35:16, 38:14, 38:23, 38:24
**HONORABLE** [1] - 1:7
**hope** [2] - 22:17, 29:11, 39:1
**horrible** [1] - 27:5
**hours** [2] - 31:17, 37:12
**house** [10] - 10:3, 11:12, 30:18, 30:19, 30:20, 30:21, 30:23, 31:4, 31:6, 33:25
**houses** [2] - 16:13, 16:18
**hundred** [1] - 24:17
**hung** [2] - 9:3, 34:20
**hustle** [1] - 10:20

## I

**IGNACIO** [1] - 1:10

**Ignacio** [1] - 2:5
**illicit** [1] - 9:14
**immediate** [1] - 15:13
**immediately** [2] - 6:19, 38:7
**impeached** [2] - 6:19, 17:3
**important** [2] - 16:1, 25:16
**imposed** [2] - 35:22, 38:11
**imprisoned** [1] - 37:6
**imprisonment** [4] - 29:2, 31:14, 37:9, 38:9
**included** [2] - 6:25, 22:8
**including** [1] - 37:19
**inconsistent** [1] - 7:20
**individual** [2] - 22:24, 23:3
**individualized** [1] - 7:25
**individually** [2] - 10:9, 25:17
**individuals** [3] - 7:1, 9:13, 36:2
**industry** [1] - 17:5
**informant** [2] - 18:8, 18:10
**information** [1] - 19:20
**insane** [1] - 10:22
**inside** [2] - 31:3, 31:17
**insight** [1] - 36:4
**instance** [1] - 29:11
**intervention** [1] - 29:10
**intolerable** [1] - 11:14
**introduce** [1] - 26:6
**involved** [14] - 8:15, 8:16, 12:8, 15:3, 17:4, 20:10, 23:8, 23:9, 26:6, 27:2, 27:8, 29:6, 36:19, 36:20
**issue** [3] - 4:6, 25:2, 25:3

## J

**Jackson** [2] - 15:14, 24:1
**jail** [6] - 10:24, 14:5, 16:8, 16:11, 21:4, 26:18

**Jail** [2] - 16:16, 21:5
**James** [1] - 2:3
**JAMES** [1] - 1:6
**January** [4] - 4:18, 5:1, 5:6, 20:8
**Jesenia** [1] - 15:9
**job** [2] - 17:23, 21:6
**joined** [1] - 20:7
**Jose** [1] - 9:17
**Jr** [1] - 2:8
**JR** [1] - 1:12
**Judge** [1] - 21:2
**JUDGE** [1] - 1:8
**judgment** [2] - 37:5, 38:17
**judicial** [1] - 29:10
**jump** [1] - 26:22
**jumped** [2] - 6:22, 23:7
**June** [2] - 4:18, 5:21
**junior** [1] - 15:19
**jury** [8] - 5:12, 6:13, 6:20, 7:3, 7:21, 9:22, 34:13, 36:24
**jury's** [2] - 6:8, 6:13
**justice** [1] - 37:3

## K

**KATHLEEN** [1] - 1:7
**Kevin** [2] - 9:22, 17:23
**kid** [1] - 14:8
**kill** [2] - 22:23, 24:24
**kind** [5] - 9:2, 15:15, 20:13, 21:1, 29:16
**knowing** [1] - 9:3
**knowledge** [2] - 6:3, 27:7
**knows** [4] - 22:15, 24:22, 25:18, 29:13

## L

**lack** [3] - 6:22, 15:15, 22:9
**lands** [1] - 24:22
**large** [2] - 13:10, 15:13
**late** [4] - 5:18, 5:20, 7:9, 16:19
**Lauderdale** [1] - 1:14
**law** [1] - 24:16
**lawyer** [3] - 30:6, 32:13, 32:23
**lead** [1] - 23:19
**leader** [2] - 17:22, 23:3
**learned** [1] - 26:23
**least** [6] - 4:8, 15:3,

24:10, 31:18, 35:3, 36:23
**leave** [2] - 17:19, 38:19
**led** [3] - 20:10, 20:11, 31:13
**ledgers** [1] - 36:11
**legitimate** [1] - 17:18
**less** [3] - 3:22, 14:19, 18:3
**lesser** [2] - 9:24, 13:5
**level** [16] - 3:8, 3:14, 3:21, 4:2, 4:5, 4:8, 7:4, 7:16, 7:17, 7:19, 8:2, 8:7, 19:6, 19:13, 19:15
**licks** [1] - 10:21
**lied** [1] - 6:20
**life** [5] - 4:20, 23:23, 24:4, 33:11, 33:12
**light** [1] - 29:3
**likely** [1] - 18:3
**limit** [1] - 11:1
**limited** [3] - 5:1, 19:21, 36:19
**line** [1] - 25:22
**list** [4] - 8:5, 8:7, 26:18
**listed** [1] - 8:9
**listen** [1] - 14:5
**listening** [1] - 35:7
**live** [2] - 33:10, 33:11
**lived** [3] - 16:12, 30:21, 32:1
**living** [4] - 15:9, 15:17, 16:17, 33:12
**local** [1] - 35:11
**location** [3] - 10:15, 18:6, 26:12
**look** [10] - 11:5, 12:25, 17:22, 21:20, 22:12, 23:2, 23:24, 25:17, 25:24
**look-out** [1] - 17:22
**looking** [3] - 3:22, 4:4, 36:3
**lose** [1] - 18:3
**lower** [2] - 8:7, 12:19
**luck** [1] - 38:25

## M

**mama** [1] - 33:22
**man** [9] - 20:9, 22:2, 24:4, 26:23, 31:3, 31:6, 33:1, 34:10
**mandatory** [1] - 10:5
**manner** [2] - 27:3, 38:12

**March** [2] - 11:6, 11:12
**mark** [1] - 26:25
**Martinez** [10] - 2:24, 15:19, 15:21, 21:7, 22:15, 22:18, 24:23, 25:16, 25:18, 25:20
**martinez** [1] - 2:25
**Martinez's** [1] - 22:12
**Mary** [1] - 1:13
**mathematical** [1] - 4:11
**mathematically** [1] - 4:21
**matter** [2] - 8:4, 40:5
**matters** [1] - 36:7
**mean** [1] - 15:7
**means** [1] - 38:19
**measuring** [1] - 4:25
**media** [3] - 16:3, 16:24, 17:2
**member** [7] - 7:10, 8:1, 8:17, 9:23, 12:15, 18:14, 18:16, 22:18, 25:6
**members** [3] - 11:20, 11:22, 28:12
**men** [1] - 26:7
**Mendoza** [7] - 8:10, 9:17, 11:8, 11:11, 12:3, 12:24, 21:11
**Mendoza's** [4] - 8:13, 11:5, 11:6, 18:11
**mercy** [2] - 34:25, 35:6
**mere** [1] - 6:14
**Meredith** [1] - 2:24
**merely** [1] - 14:7
**merits** [1] - 21:21
**mlAMI** [1] - 1:2
**Miami** [3] - 1:11, 1:16, 1:17
**might** [3] - 8:6, 22:15, 36:4
**Miguel** [3] - 13:13, 23:2
**Mild's** [1] - 34:3
**min** [1] - 22:2
**min-man** [1] - 22:2
**minimum** [1] - 10:5
**minor** [15] - 9:9, 9:19, 9:23, 11:2, 12:18, 13:2, 13:24, 14:1, 14:24, 16:21, 18:16, 18:19, 18:24, 27:3, 27:4
**minute** [1] - 33:20
**minutes** [1] - 14:15
**missed** [1] - 31:16

**mistake** [1] - 4:3
**mistakes** [1] - 33:1
**mitigating** [1] - 27:9
**mom** [3] - 15:14, 24:1, 24:2
**money** [8] - 9:1, 9:11, 17:19, 17:21, 18:2, 18:4, 21:8, 35:4
**month** [1] - 28:24
**months** [15] - 5:8, 19:17, 20:8, 21:4, 21:22, 22:7, 22:20, 24:7, 24:19, 28:18, 28:19, 29:19, 29:24, 37:7, 38:9
**morning** [1] - 19:5
**most** [3] - 17:15, 22:6, 37:2
**mother** [2] - 30:10, 31:1
**MR** [49] - 2:5, 2:8, 2:20, 3:5, 3:10, 3:13, 3:20, 4:1, 4:3, 4:9, 4:11, 4:24, 5:16, 6:12, 8:20, 10:8, 11:4, 11:15, 11:19, 13:4, 13:5, 13:8, 15:12, 16:1, 16:7, 16:15, 16:21, 17:9, 17:11, 19:3, 20:3, 20:6, 20:17, 21:2, 22:4, 22:17, 23:2, 23:25, 24:11, 25:8, 25:12, 28:21, 28:23, 29:12, 35:10, 35:14, 38:14, 38:23, 38:24
**murder** [1] - 26:1
**music** [1] - 17:5
**must** [2] - 36:11, 38:16
**mystery** [1] - 15:20

## N

**N.E** [1] - 1:11
**Nadim** [12] - 6:16, 7:6, 8:22, 8:24, 9:6, 9:7, 11:22, 17:12, 17:20, 18:12, 23:7, 23:8
**narcotics** [6] - 10:15, 10:20, 15:22, 15:23, 20:10, 24:11
**nature** [7] - 5:16, 6:3, 10:24, 19:25, 21:24, 26:15, 36:25
**necessarily** [3] - 11:16, 21:14, 24:13
**need** [1] - 33:14
**needs** [1] - 21:8

**negotiated** [1] - 23:17
**negotiations** [1] - 22:2
**neighborhood** [2] - 11:14, 11:25
**never** [10] - 5:18, 12:5, 24:11, 32:25, 33:6, 33:20, 33:21, 33:24
**new** [2] - 7:12, 14:25
**next** [1] - 7:10
**night** [2] - 30:23, 30:24
**nighttime** [1] - 30:20
**nine** [1] - 22:24
**nobody** [2] - 12:19, 23:14
**non** [1] - 9:8
**none** [2] - 11:25, 33:6
**North** [1] - 1:16
**note** [2] - 8:15, 16:1
**noted** [1] - 37:22
**nothing** [6] - 26:23, 31:11, 32:16, 33:4, 33:5, 33:20
**notice** [3] - 6:6, 10:23, 38:16
**notorious** [1] - 18:6
**November** [6] - 5:18, 5:21, 6:23, 16:19, 17:2, 20:7
**Number** [1] - 1:2
**number** [1] - 5:13
**numerically** [1] - 36:13
**nutshell** [2] - 19:20, 20:2
**NW** [2] - 16:12, 16:14

## O

**object** [1] - 38:12
**objection** [4] - 3:18, 4:15, 19:6, 19:9
**objections** [3] - 2:15, 3:15, 19:4
**obvious** [1] - 2:18
**obviously** [1] - 20:10
**occasion** [1] - 14:1
**occasions** [2] - 13:16, 34:17
**occurred** [1] - 12:10
**October** [4] - 5:18, 5:20, 7:9, 16:19
**OF** [2] - 1:1, 1:3
**offender** [1] - 26:16
**offense** [12] - 3:8, 3:21, 4:1, 4:5, 7:4,

7:16, 7:17, 7:19, 19:13, 19:15, 20:1, 37:1
**offer** [2] - 13:18, 24:6
**offers** [1] - 22:6
**Office** [1] - 37:13
**OFFICER** [2] - 2:23, 19:18
**officer** [3] - 14:10, 14:18, 32:8
**Officer** [1] - 14:12
**often** [1] - 11:9
**old** [7] - 12:14, 14:8, 15:23, 20:6, 20:7, 24:14, 28:24
**older** [3] - 3:22, 7:14, 31:7
**once** [1] - 19:24
**one** [24] - 8:6, 10:18, 11:20, 12:6, 13:10, 13:17, 14:3, 14:19, 15:3, 21:14, 22:5, 24:2, 26:21, 27:19, 27:21, 27:22, 28:21, 29:10, 31:3, 31:25, 33:11, 36:4
**opening** [1] - 27:22
**opinion** [1] - 4:7
**opportunity** [2] - 2:18, 20:16
**ordered** [1] - 38:6
**orders** [1] - 14:4
**organization** [4] - 7:10, 12:2, 16:4, 22:19
**organizing** [1] - 12:15
**outside** [1] - 23:19
**over-view** [1] - 7:23
**overall** [1] - 8:19
**overlooked** [1] - 3:1
**owing** [1] - 19:21, 36:25
**own** [1] - 15:24

## P

**Padilla** [2] - 15:9, 15:17
**page** [1] - 3:18
**pages** [1] - 17:4
**painted** [1] - 32:12
**painting** [1] - 32:13
**paragraph** [1] - 3:19
**parents** [2] - 15:10, 15:12
**part** [7] - 5:9, 9:5, 16:6, 16:9, 18:13, 24:12, 25:2
**Part** [1] - 37:22

**partial** [1] - 24:10
**participant** [3] -
5:25, 6:2, 9:20
**participate** [4] - 10:3,
37:24, 38:3, 38:4
**participates** [1] -
26:15
**participating** [1] -
9:10
**participation** [3] -
6:9, 8:19, 36:1
**particular** [3] -
10:15, 11:21, 15:16
**parties** [1] - 35:18
**partook** [1] - 7:1
**past** [2] - 22:20,
33:24
**patience** [1] - 30:8
**PATRICIA** [2] - 1:15,
40:9
**patricia_sanders@
flsd.uscourts.gov** [1]
- 1:18
**pauperis** [1] - 38:19
**pay** [4] - 28:14,
35:22, 38:6, 38:18
**paying** [1] - 29:18
**penalized** [2] -
23:14, 28:13
**people** [14] - 9:21,
10:25, 11:21, 11:22,
11:24, 12:4, 19:24,
21:15, 25:16, 26:17,
31:16, 33:3, 33:9,
34:5
**people's** [1] - 17:20
**per** [1] - 36:17
**perhaps** [1] - 2:17
**period** [1] - 4:25
**permissible** [1] -
37:21
**person** [6] - 17:23,
25:24, 26:1, 26:19,
33:7, 37:13
**personal** [1] - 7:1
**persons** [2] - 23:16,
36:12
**perspective** [3] -
9:21, 36:1, 36:5
**persuasive** [1] -
35:25
**phase** [1] - 20:23
**phone** [3] - 10:13,
16:2, 16:23
**phones** [1] - 14:3
**picture** [1] - 32:14
**place** [3] - 34:23,
34:24, 39:2
**placed** [1] - 37:10
**places** [1] - 11:4

**player** [4] - 12:18,
13:24, 14:1, 14:24
**plead** [1] - 27:19
**pled** [1] - 27:23
**pocket** [1] - 14:22
**point** [4] - 14:16,
15:5, 16:21, 29:16
**points** [2] - 21:25,
22:8
**pole** [3] - 7:13, 15:1,
16:3
**police** [1] - 30:24
**Poncho's** [1] - 11:22
**poor** [1] - 20:10
**position** [3] - 7:2,
7:16, 11:20
**positive** [3] - 20:25,
26:10, 29:14
**possess** [2] - 37:16,
38:2
**possessing** [1] -
37:15
**possession** [1] -
25:4
**post** [1] - 18:5
**posted** [1] - 18:7
**posture** [2] - 23:15,
23:21
**powerful** [1] - 35:24
**practices** [1] - 26:20
**precisely** [1] - 5:19
**presence** [1] - 18:11
**present** [2] - 2:9,
24:1
**presentence** [2] -
35:18, 37:22
**preserve** [1] - 19:5
**preserved** [1] - 19:11
**prevent** [1] - 25:19
**price** [3] - 28:14,
29:18
**principal** [1] - 9:15
**prison** [4] - 22:10,
24:15, 26:2, 35:5
**Prisons** [1] - 37:6
**probable** [1] - 22:6
**Probation** [2] - 2:22,
2:24, 8:3, 37:13
**probation** [2] -
27:17, 32:8
**PROBATION** [2] -
2:23, 19:18
**proceedings** [1] -
40:4
**profit** [1] - 9:14
**program** [4] - 16:9,
20:15, 21:5, 37:25
**Program** [4] - 20:17,
20:23, 35:13, 38:5
**programs** [1] - 39:1

**prohibited** [1] -
37:15
**prolific** [4] - 14:21,
17:4, 21:10, 21:18
**promote** [4] - 14:3,
16:4, 16:5, 24:16
**pronounced** [1] -
38:13
**proposing** [1] - 3:7
**prosecutor** [1] -
30:12
**prostitution** [3] -
8:16, 12:12, 27:2
**protection** [1] - 8:25
**provide** [3] - 27:18,
34:1, 34:10
**provided** [1] - 5:12
**PSI** [4] - 2:19, 3:2,
15:9, 27:8
**psychology** [1] -
29:15
**Publix** [1] - 17:19
**punishment** [1] -
31:19
**punk** [1] - 17:6
**purchase** [1] - 14:17
**purpose** [1] - 9:11
**pursue** [1] - 19:12
**put** [4] - 3:14, 6:16,
26:18, 27:21
**puts** [1] - 25:22

## Q

**quantities** [1] - 11:9
**quantity** [7] - 3:3,
3:8, 3:14, 4:12, 4:14,
4:16, 6:9
**quite** [2] - 15:11,
23:20
**quoted** [1] - 5:25

## R

**R-DAP** [3] - 35:12,
37:25, 38:5
**raised** [1] - 18:15
**Ramirez** [11] - 8:9,
12:13, 12:19, 12:20,
13:2, 13:6, 13:8,
25:15, 25:16, 25:23,
25:24
**randomness** [1] -
23:19
**range** [2] - 19:16,
36:7
**raped** [1] - 26:8
**reached** [2] - 4:13,
4:14
**really** [6] - 6:23,

21:21, 34:6, 34:8,
34:21, 36:16
**reason** [6] - 5:1,
12:23, 18:1, 24:5,
31:22, 32:1
**reasonable** [1] - 6:14
**reasoning** [1] - 6:2
**reasons** [3] - 10:18,
24:3, 28:17
**receive** [1] - 11:2
**received** [3] - 2:15,
27:13, 28:16
**receiving** [1] - 21:22
**recommend** [2] -
37:23, 38:4
**recommendation** [1]
- 35:11
**recommendations**
[1] - 35:18
**record** [4] - 18:24,
19:12, 26:25, 38:1
**recording** [3] - 10:4,
10:6, 13:20
**recordings** [1] - 13:9
**recruits** [1] - 21:7
**reduced** [1] - 29:2
**reference** [1] - 25:12
**referred** [1] - 13:22
**reflect** [1] - 7:4
**reflected** [1] - 10:24
**regard** [4] - 6:21,
16:21, 29:7, 35:24
**register** [2] - 26:16,
29:12
**relation** [1] - 8:8
**relationship** [1] -
17:12
**release** [7] - 35:15,
37:9, 37:10, 37:12,
37:14, 37:19, 38:10
**released** [1] - 37:14
**relevant** [2] - 18:1,
18:15
**relieve** [1] - 28:9
**rely** [1] - 36:11
**remember** [2] -
21:24, 23:7
**remind** [1] - 5:14
**report** [7] - 17:24,
26:11, 26:12, 32:5,
35:18, 37:12, 37:22
**reported** [2] - 31:1,
32:7
**REPORTED** [1] -
1:15
**Reporter** [1] - 1:16
**represent** [1] - 38:20
**repulsive** [1] - 9:14
**reputation** [1] - 9:4
**request** [4] - 7:18,

8:2, 18:19, 19:10
**requirement** [2] -
37:20, 37:21
**respect** [3] - 24:16,
32:12, 32:13
**responded** [1] - 2:16
**response** [2] - 4:14,
5:25
**responsibility** [13] -
22:1, 24:13, 25:1,
25:3, 27:2, 27:19,
28:8, 30:14, 31:15,
31:22, 32:10, 32:22,
36:22
**responsible** [1] -
31:9
**retail** [1] - 18:14
**retailer** [1] - 18:13
**retailers** [1] - 17:17
**review** [2] - 2:18,
19:11
**ride** [1] - 17:24
**rob** [2] - 33:10, 33:11
**robberies** [5] - 8:15,
10:13, 12:4, 14:7,
16:5
**robbery** [5] - 10:2,
10:3, 17:2, 26:19,
33:15
**robbing** [3] - 10:15,
11:21, 11:22
**rock** [1] - 14:18
**rocks** [9] - 13:11,
13:14, 14:11, 14:14,
14:18, 14:23, 17:7
**Rodriguez** [7] -
13:13, 14:16, 14:17,
23:2, 23:9
**role** [14] - 8:4, 9:9,
9:23, 9:24, 11:2,
12:18, 13:3, 14:24,
16:21, 17:12, 17:17,
18:2, 18:19, 18:24
**room** [2] - 20:14,
29:9
**rough** [1] - 30:7
**RPR** [2] - 1:15, 40:9
**run** [1] - 35:15
**running** [1] - 26:17
**RZ** [1] - 2:3

## S

**safety** [3] - 25:19,
25:20, 27:18
**sake** [1] - 22:17
**Salas** [1] - 27:1
**sale** [7] - 13:15,
13:21, 13:25, 14:18,
24:9, 36:17, 36:18

**sales** [5] - 7:24, 9:12, 9:15, 11:10, 16:4
**SANDERS** [3] - 1:15, 40:7, 40:9
**sat** [1] - 25:25
**saw** [7] - 6:4, 9:18, 11:8, 11:10, 12:5, 13:12, 23:4
**scared** [1] - 31:12
**scaring** [1] - 11:24
**scene** [2] - 5:20, 15:4
**scheme** [1] - 8:18
**school** [3] - 30:22, 31:1
**se** [1] - 36:17
**search** [1] - 37:21
**seated** [1] - 2:1
**second** [6] - 12:16, 15:5, 26:3, 31:25, 32:2, 33:20
**see** [9] - 11:11, 21:15, 21:17, 32:18, 34:1, 34:12, 34:13, 34:14, 34:18
**seem** [4] - 8:12, 24:8, 24:20, 29:9
**seizures** [1] - 36:11
**sell** [14] - 6:21, 7:14, 10:15, 10:20, 12:13, 13:18, 17:2, 17:5, 17:7, 17:8, 24:11, 33:15, 34:2, 34:19
**seller** [2] - 12:2, 12:24, 14:21, 21:10
**selling** [13] - 5:3, 9:1, 11:9, 12:20, 12:22, 14:6, 15:24, 17:6, 19:24, 20:12, 21:9, 21:14
**sells** [2] - 13:10
**seniority** [4] - 13:25, 14:25, 17:8, 23:5
**sense** [1] - 36:22
**sentence** [14] - 21:3, 22:6, 22:12, 22:15, 24:15, 24:19, 24:25, 28:19, 29:23, 35:10, 38:9, 38:11, 38:13, 38:16
**sentenced** [2] - 9:8, 16:10
**sentences** [6] - 21:20, 21:21, 21:25, 23:20, 25:14, 37:2
**sentencing** [2] - 2:14, 25:25
**SENTENCING** [2] - 1:7, 39:4
**serial** [1] - 8:24
**serious** [3] - 26:2,

26:14, 28:25
**seriously** [1] - 29:10
**served** [2] - 21:4, 37:8
**set** [1] - 35:20
**seven** [2] - 22:20, 24:19
**several** [1] - 24:2
**severe** [1] - 24:25
**sex** [1] - 31:3
**sexual** [2] - 26:7, 26:16
**shall** [8] - 37:9, 37:12, 37:14, 37:15, 37:16, 37:17, 37:18, 38:6
**shifting** [1] - 35:25
**shot** [3] - 22:22, 22:23, 25:20
**showed** [2] - 15:4, 17:3
**shows** [3] - 13:24, 15:15, 21:18
**siblings** [2] - 15:11, 15:12
**side** [1] - 8:13
**signal** [3] - 32:3, 32:4, 32:5
**significant** [2] - 4:24, 27:12
**similar** [2] - 12:12, 17:13
**single** [1] - 10:10
**sitting** [1] - 26:9
**situated** [1] - 35:2
**six** [3] - 13:14, 14:18, 24:7
**skipped** [2] - 30:21, 31:1
**skipping** [1] - 30:22
**smaller** [1] - 4:25
**smoking** [1] - 34:3
**snapshot** [1] - 13:24
**snitched** [1] - 11:23
**social** [4] - 9:2, 16:3, 16:24, 17:1
**sold** [8] - 6:15, 6:18, 6:25, 9:5, 9:7, 10:25, 16:24, 24:18
**solider** [1] - 36:18
**someone** [8] - 9:1, 14:7, 22:12, 22:23, 23:4, 25:21, 36:20
**sometime** [1] - 5:20
**somewhat** [1] - 25:1
**somewhere** [1] - 35:11
**sorry** [1] - 2:21
**sound** [2] - 35:1, 36:13

**source** [1] - 12:1
**South** [2] - 35:12, 37:24
**sOUTHERN** [1] - 1:1
**speaking** [1] - 19:4
**speaks** [1] - 27:7
**special** [3] - 37:19, 38:7, 38:10
**specter** [1] - 16:2
**spectrum** [2] - 24:23, 25:13
**speculation** [1] - 6:15
**spelled** [1] - 3:15
**spend** [1] - 30:23
**SR** [1] - 2:3
**SR-RZ-CR-WMS** [1] - 2:3
**standard** [1] - 37:18
**standing** [3] - 13:17, 18:5
**start** [3] - 2:17, 3:6, 30:4
**started** [2] - 30:7, 34:3
**starting** [1] - 12:17
**starts** [4] - 16:18, 21:7, 21:8, 21:9
**stash** [1] - 14:23
**State** [1] - 26:13
**state** [1] - 2:4
**statement** [4] - 12:7, 25:19, 27:18, 27:22
**statements** [1] - 35:17
**STATES** [4] - 1:1, 1:3, 1:8, 1:10
**States** [4] - 1:16, 2:3, 2:6, 35:20
**statutory** [1] - 35:19
**stay** [1] - 34:22
**stayed** [4] - 32:15, 32:16, 33:25, 34:23
**step** [1] - 17:8
**stepped** [1] - 20:24
**Steven** [2] - 9:23, 10:11
**still** [1] - 32:11
**stipulate** [1] - 36:23
**stopped** [1] - 17:1
**straight** [1] - 37:1
**strain** [1] - 28:9
**strategy** [1] - 28:1
**strategy-wise** [1] - 28:1
**Street** [2] - 1:11, 1:13
**street** [4] - 11:12, 17:6, 30:18, 30:21
**streets** [2] - 33:23,

34:5
**stress** [1] - 34:7
**strikes** [1] - 8:22
**strongly** [1] - 38:4
**stubborn** [2] - 9:17, 9:18
**stubbornly** [1] - 18:14
**substance** [2] - 37:17, 37:20
**successful** [1] - 22:15
**suggest** [2] - 19:25, 23:19
**Suite** [2] - 1:13, 1:16
**supervised** [5] - 35:15, 37:10, 37:14, 37:18, 38:10
**supplier** [2] - 14:2
**supply** [1] - 12:2
**support** [1] - 15:15
**surrounded** [1] - 9:14
**surveillance** [1] - 12:25
**system** [2] - 21:5, 29:10

# T

**talks** [1] - 21:18
**team** [2] - 26:23
**ten** [4] - 21:4, 23:10, 24:15, 24:19
**ten-year** [1] - 24:15
**tenths** [1] - 13:15
**term** [2] - 26:12, 37:7
**terms** [5] - 19:22, 20:16, 35:15, 36:1, 37:10
**terrible** [1] - 29:5
**test** [1] - 27:21
**tested** [3] - 20:25, 26:10, 29:14
**testified** [3] - 6:6, 6:24, 21:19
**testify** [1] - 28:8
**testimony** [26] - 5:2, 5:3, 5:6, 5:8, 5:11, 5:23, 6:5, 6:17, 6:21, 7:5, 7:11, 7:15, 7:20, 8:11, 11:5, 11:6, 11:18, 12:1, 14:25, 17:1, 18:23, 22:23, 24:24, 34:16, 36:11, 36:23
**thanking** [1] - 30:4
**THE** [60] - 1:7, 1:10, 2:1, 2:2, 2:7, 2:10, 2:12, 2:13, 2:21, 2:25,

3:6, 3:11, 3:18, 3:24, 4:6, 4:10, 4:23, 5:14, 6:11, 7:18, 10:6, 11:3, 11:13, 11:17, 13:2, 13:7, 15:5, 15:25, 16:6, 16:11, 16:20, 17:10, 18:18, 19:8, 19:19, 20:5, 20:13, 21:1, 21:24, 22:14, 22:21, 22:22, 23:1, 23:11, 24:9, 25:7, 25:10, 28:20, 28:22, 29:8, 30:1, 30:2, 30:3, 30:4, 30:13, 30:14, 35:8, 35:17, 38:15, 38:25
**theory** [2] - 32:12, 32:14
**there"** [1] - 5:5
**therefore** [2] - 35:22, 37:5
**third** [4] - 13:20, 32:2, 32:3, 32:4
**thorn** [1] - 8:13
**thousand** [1] - 24:18
**three** [4] - 14:18, 21:25, 22:8, 26:23
**threshold** [2] - 22:2, 22:3
**throughout** [1] - 36:8
**tier** [1] - 36:15
**Tiny** [1] - 13:22
**today** [3] - 2:14, 15:14, 29:6
**together** [1] - 28:2
**took** [3] - 7:12, 30:14, 32:10
**total** [5] - 4:12, 4:16, 19:15, 38:8, 38:9
**totally** [1] - 36:13
**totem** [3] - 7:13, 15:1, 16:3
**trafficking** [1] - 27:8
**transcription** [1] - 40:4
**treated** [1] - 33:21
**treatment** [4] - 20:16, 20:19, 21:5, 37:20
**trial** [17] - 5:8, 5:12, 5:23, 17:1, 18:23, 22:5, 22:22, 23:4, 23:14, 24:3, 25:1, 27:20, 27:23, 28:13, 30:5, 32:20, 33:1
**tried** [1] - 24:24
**trouble** [2] - 10:17, 32:17
**trust** [1] - 7:12
**try** [2] - 10:9, 13:12

**turned** [2] - 15:23, 20:7
**twelve** [1] - 15:23
**two** [13] - 3:18, 4:8, 6:17, 12:22, 13:14, 13:16, 19:6, 19:13, 22:10, 23:8, 24:14, 26:7, 31:18
**type** [2] - 29:13, 33:7
**types** [1] - 16:25
**typo** [1] - 3:20

## U

**under** [1] - 18:24
**undercover** [8] - 13:15, 13:17, 13:21, 14:1, 17:25, 19:24, 21:12
**underneath** [1] - 4:21
**unfortunate** [2] - 17:14, 17:16
**unique** [1] - 36:25
**UNITED** [3] - 1:1, 1:3, 1:10
**uNITED** [1] - 1:8
**United** [4] - 1:16, 2:3, 2:6, 35:20
**universe** [1] - 19:22
**unreliable** [1] - 7:6
**up** [15] - 11:21, 11:24, 13:17, 14:10, 15:4, 24:5, 25:15, 25:23, 28:14, 32:9, 33:1, 33:8, 33:22, 34:12, 34:13
**urge** [1] - 29:20

## V

**valve** [3] - 25:19, 25:20, 27:18
**variance** [5] - 20:1, 25:25, 29:22, 29:23, 37:2
**vassal** [1] - 23:20
**VAZQUEZ** [16] - 1:10, 2:5, 3:10, 4:1, 4:9, 4:11, 4:24, 5:16, 8:20, 10:8, 13:4, 17:9, 17:11, 25:12, 35:14, 38:23
**Vazquez** [8] - 2:6, 2:7, 4:7, 8:12, 15:2, 16:22, 18:21, 25:10
**Veloz** [3] - 14:10, 14:12, 14:19
**Verena** [1] - 23:25
**versus** [1] - 2:3

**victim** [1] - 9:18
**victims** [1] - 28:10
**video** [3] - 13:12, 13:16, 17:25
**videos** [3] - 21:13, 21:17, 23:4
**view** [1] - 7:23
**vile** [1] - 26:21
**violated** [6] - 16:10, 20:24, 26:11, 26:12, 32:1, 32:9
**violating** [1] - 16:16
**violations** [1] - 27:17
**violence** [5] - 19:23, 33:6, 34:19, 38:3
**violent** [7] - 5:24, 6:3, 8:25, 9:4, 9:8, 9:13, 10:23
**virtue** [1] - 24:25
**vociferous** [1] - 12:24
**vs** [1] - 1:5

## W

**waive** [1] - 10:5
**walk** [2] - 12:4, 32:3
**walks** [3] - 13:17, 13:18, 14:10
**watched** [1] - 6:4
**weapon** [2] - 19:7, 19:14
**weapons** [1] - 38:2
**wearing** [1] - 18:9
**week** [3] - 24:2, 31:25, 32:7
**weekend** [1] - 30:24
**weight** [2] - 3:21, 36:7
**wholeheartedly** [1] - 23:13
**wife** [5] - 30:10, 33:18, 33:19, 34:9, 35:3
**WILLIAMS** [1] - 1:7
**window** [1] - 9:25
**wise** [1] - 28:1
**wish** [1] - 38:25
**wishes** [1] - 22:16
**withheld** [1] - 27:14
**withhold** [1] - 29:1
**witnesses** [2] - 6:17, 28:10
**WMS** [1] - 2:3
**wondered** [1] - 8:8
**word** [1] - 6:23
**words** [1] - 9:16
**world** [1] - 23:19
**worse** [1] - 26:3
**worst** [3] - 10:12,

26:4, 27:11
**worth** [2] - 24:17, 24:18
**written** [1] - 19:4

## Y

**year** [4] - 14:8, 24:14, 24:15, 31:18
**years** [13] - 12:14, 15:23, 20:6, 22:10, 22:24, 23:10, 24:7, 24:20, 31:18, 37:11, 38:9
**young** [9] - 15:6, 20:9, 26:7, 30:17, 31:14, 31:18, 31:24, 34:4, 34:6
**yourself** [1] - 39:1

## Z

**Zerquera** [5] - 6:17, 6:24, 7:5, 7:22, 12:21
**Zerquera's** [1] - 18:12